UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

BARBARA JEAN ALTEMEIER, PRO SE §
_____ §
    *Plaintiff* §
 §
 §
 §
v. § Case No. _____3:10-cv-2646_____
 §
DALLAS COUNTY, TEXAS, ET AL §
_____ §
    *Defendant* §

**APPLICATION FOR ADMISSION *PRO HAC VICE***
(Complete all questions; indicate "N/A" if necessary.)

I.  Applicant is an attorney and a member of the law firm of (or practices under the name of)
McGRAW MORRIS P.C._____, with offices at

2075 W. Big Beaver Road, Suite 750_____
(Street Address)

Troy_____    MI_____    48084_____
(City)                          (State)         (Zip Code)

(248) 502-4000_____.
(Telephone No.)

II. Applicant will sign all filings with the name G. GUS MORRIS_____.

*OPTIONAL:* Applicant wants this form to serve as applicant's registration for electronic case filing and consents under FED.R.CIV.P. 5(b) to accept service electronically at the following e-mail address:

gmorris@mcgrawmorris.com_____.
(E-mail Address)

III. Applicant has been retained personally or as a member of the above-named firm by:
(List All Parties Represented)

FRUITPORT TOWNSHIP and JAMES SCHULTZ

to provide legal representation in connection with the above-styled matter now pending before the United States District Court for the Northern District of Texas.

IV.  Applicant is a member in good standing of the bar of the highest court of the state of MICHIGAN_____, where Applicant regularly practices law.

Bar license number: ___P32960___   Admission date: ___11/19/1981___

**Attach to this application an original certificate of good standing issued within the past 90 days from a state or the District of Columbia.**

For Court Use Only.
Bar Status Verified:

V.  Applicant has also been admitted to practice before the following courts:

| Court: | Admission Date: | Active or Inactive: |
|---|---|---|
| U.S. SUPREME COURT | 11/30/2009 | ACTIVE |
| U.S. COURT OF APPEALS-6TH CIR. | 8/28/1991 | ACTIVE |
| U.S. DISTRICT COURT - MI | 11/9/1990 | ACTIVE |

VI.  Applicant has never involuntarily lost, temporarily or permanently, the right to practice before any court or tribunal, or resigned in lieu of discipline, except as provided below:

None.

VII.  Applicant has never been subject to grievance proceedings or involuntary removal proceedings—regardless of outcome—while a member of the bar of any state or federal court or tribunal that requires admission to practice, except as provided below:

None.

VIII.  Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

None.

IX. Applicant has filed for *pro hac vice* admission in the United States District Court for the Northern District of Texas during the past three (3) years in the following matters:

Date of Application:            Case No. And Style:

None

(If necessary, attach statement of additional applications.)

X. Local counsel of record associated with Applicant in this matter is

THEODORE J. RINEY _____ who has offices at

5949 SHERRY LANE, STE. 1616
(Street Address)

DALLAS                          TX                      75225-8009
(City)                          (State)                 (Zip Code)

(214) 461-1201
(Telephone No.)

XI. Check the appropriate box below.

For Application in a **Civil Case**

[✓] Applicant has read *Dondi Properties Corp. v. Commerce Savs. & Loan Ass'n*, 121 F.R.D.284 (N.D. Tex. 1988) (en banc), and the local civil rules of this court and will comply with the standards of practice adopted in *Dondi* and with the local civil rules.

For Application in a **Criminal Case**

[ ] Applicant has read and will comply with the local criminal rules of this court.

XII. Applicant respectfully requests to be admitted to practice in the United States District Court for the Northern District of Texas for this cause only. Applicant certifies that a true and correct copy of this document has been served upon each attorney of record and the original upon the clerk of court, accompanied by a $25.00 filing fee, on this the 20TH day of January, 2011.

Karen A. Stachecki

Karen A Stachecki
Notary Public of Michigan
Wayne County
Expires 11/23/2015
Acting in the County of OAKLAND

G. GUS MORRIS
Printed Name of Applicant

Signature



# State Bar of Michigan

## Certificate of Good Standing

This certifies that G. Gus Morris, P32960 of Troy, Michigan is an active member of the State Bar of Michigan in good standing.

He/She was admitted to practice in Michigan on November 10, 1981 in Oakland County and became a member of the State Bar of Michigan on November 10, 1981.

Janet K. Welch, Executive Director
December 29, 2010

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| BARBARA JEANNE ALTEMEIER, PRO SE <br> _____ <br> *Plaintiff* <br><br> v. <br><br> DALLAS COUNTY, TEXAS, ET AL <br> _____ <br> *Defendant* | § § § § § § § § § § Case No. _____3:10-cv-2646_____ |

### ORDER FOR ADMISSION *PRO HAC VICE*

The Court has considered the Application for Admission *Pro Hac Vice* of

_____G. GUS MORRIS_____.

It is ORDERED that:

☐ the application is granted. The Clerk of Court shall deposit the application fee to the account of the Non-Appropriated Fund of this Court. It is further ORDERED that, if the Applicant has not already done so, the Applicant must register as an ECF User within 14 days. See LR 5.1(f) and LCrR 49.2(g).

☐ the application is denied. The Clerk of Court shall return the admission fee to the Applicant.

_____    _____
DATE                                PRESIDING JUDGE