ORIGINAL

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

MAR - 1 2011

CLERK, U.S. DISTRICT COURT
By _____
   Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| BARBARA JEANNE ALTEMEIER, | § | |
| | § | |
| PLAINTIFF, | § | |
| | § | |
| v. | § | No. 3:10-CV-02646-N (BK) |
| | § | |
| DALLAS COUNTY, TEXAS (1); et al., | § | |
| | § | |
| DEFENDANTS. | § | |

### PLAINTIFF'S REPLY TO DEFENDANTS, FRUITPORT TOWNSHIP AND JAMES SCHULTZ'S, RESPONSE TO PLAINTIFF'S REQUEST FOR CLERK'S ENTRY OF DEFAULT

NOW COMES Barbara Jeanne Altemeier, Plaintiff, to file this Plaintiff's Reply to Defendants, Fruitport Township and James Schultz's, Response to Plaintiff's Request for Clerk's Entry of Default and would show the Court the following to wit:

Not only were Defendants outside of the twenty-one (21) day limit to answer the Original Complaint but were outside of the twenty-one (21) day limit in answering the First Amended Complaint after service of summons. The Original Complaint was filed on November 4, 2010; the First Amended Complaint was filed December 7, 2010. The Defendants were served on December 17, 2011. The Answer was not filed until January 24, 2011, thirty-eight (38) days after being served.

Defendants' counsel misrepresents their default by blaming it on whether he could proceed Pro Hac Vice; however, the application for admission to appear Pro Hac Vice by Defendants was not filed until January 19, 2011, thirty-three (33) days after receiving the complaint.

THEREFORE, IT IS Prayed that Defendants, Fruitport Township and James Schultz, Response is disregarded and that the Plaintiff's Request for Entry of Default be granted.

Respectively submitted,

Barbara Jeanne Altemeier, Pro Se
13861 Yockey Street
Garden Grove, California  92844
(714) 379-9557

## VERIFICATION

IT IS HEREBY Verified that under the penalties of perjury that the foregoing Plaintiff's Reply to Defendants, Fruitport Township and James Schultz's, Response to Plaintiff's Request for Clerk's Entry of Default is true and correct to the best of my knowledge and belief.

Witness my hand and seal this 28th day of February, 2011.

Barbara Jeanne Altemeier

## CERTIFICATE OF SERVICE

IT IS HEREBY Certified that a copy of the aforementioned Plaintiff's Reply to Defendants, Fruitport Township and James Schultz's, Response to Plaintiff's Request for Clerk's Entry of Default was sent by First Class Mail on the 28th day of February, 2011 to the Defendants below.

Barbara Jeanne Altemeier

G. Gus Morris
McGraw Morris P.C.
2075 W. Big Beaver Road
Troy, Michigan  48084

$18.30

When used internationally affix customs declaration (PS Form 2976 or 2976-A)

**EXPRESS MAIL**
UNITED STATES POSTAL SERVICE®

Flat Rate
Mailing Envelope
*For Domestic and International Use*
*Visit us at usps.com*

**Addressee Copy**
Label 11-B, March 2004

Post Office To Addressee

**DELIVERY (POSTAL USE ONLY)**

| Delivery Attempt | Time | | Employee Signature |
|---|---|---|---|
| Mo. Day | | ☐ AM ☐ PM | |
| Delivery Attempt | Time | | Employee Signature |
| Mo. Day | | ☐ AM ☐ PM | |
| Delivery Date | Time | | Employee Signature |
| Mo. Day | | ☐ AM ☐ PM | |

**CUSTOMER USE ONLY**

WAIVER OF SIGNATURE (Domestic Mail Only) Additional merchandise insurance is void if customer requests waiver of signature. I wish delivery to be made without obtaining signature of addressee or addressee's agent (if delivery employee judges that article can be left in secure location) and I authorize that delivery employee's signature constitutes valid proof of delivery.

Mailer Signature

NO DELIVERY ☐ Weekend ☐ Holiday

TO: (PLEASE PRINT)  PHONE ( )

CLERK
US DISTRICT COURT NORTHERN
DISTRICT TEXAS
1100 COMMERCE ST
DALLAS TX
ZIP + 4 (U.S. ADDRESSES ONLY. DO NOT USE FOR FOREIGN POSTAL CODES.)
75242 +

FOR INTERNATIONAL DESTINATIONS, WRITE COUNTRY NAME BELOW.

**ORIGIN (POSTAL SERVICE USE ONLY)**

| PO ZIP Code | Day of Delivery | Postage |
|---|---|---|
| | ☐ Next ☐ 2nd ☐ 2nd Del. Day | $ |
| Date Accepted | Scheduled Date of Delivery | Return Receipt Fee |
| Mo. Day Year | Month Day | $ |
| Time Accepted ☐ AM ☐ PM | Scheduled Time of Delivery ☐ Noon ☐ 3 PM | COD Fee / Insurance Fee $ |
| Flat Rate ☐ or Weight | Military ☐ 2nd Day ☐ 3rd Day | Total Postage & Fees $ |
| lbs. ozs. | Int'l Alpha Country Code | Acceptance Emp. Initials |

EG812461580US

FROM: (PLEASE PRINT)  PHONE ( ) 714-317-7551
Barbara Jeanne Alfimier
13861 Yockey St
Garden Grove, CA 92844

RECEIVED MAR 1 2011

FOR PICKUP OR TRACKING
Visit **www.usps.com**

Please recycle.

082708_EM_EP13F  OCT 2008