IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| BARBARA JEANNE ALTEMEIER, | § | |
| | § | |
| PLAINTIFF, | § | |
| | § | |
| v. | § | No. 3:10-CV-02646-N (BK) |
| | § | |
| DALLAS COUNTY, TEXAS (1); et al., | § | |
| | § | |
| DEFENDANTS. | § | |

### PLAINTIFF'S NOTICE TO CLERK OF CLERICAL ERROR

NOW COMES Barbara Jeanne Altemeier, Plaintiff, to file this Plaintiff's Notice to Clerk of Clerical Error and would show the Court the following to wit:

Plaintiff filed a Complaint in the U.S. District Court for the Central District of California as Cause #8:10-CV-01692-JVS(AGR) on November 4, 2010 (see Docket Item #1). Plaintiff filed a First Amended Complaint on December 7, 2010 (see Docket Item #6).

In entering Plaintiff's First Amended Complaint as Docket Item #6, the Clerk of the U.S. District Court for the Central District of California failed to scan pages 41, 42, and 43 of the filed document. These pages contain the last part of Count XXXIX, all of Count XL, all of Count XLI, all of V. Conclusion, and the first part of VI. Damages. Notably, the missing pages plead Plaintiff's damages, including both monetary damages and request for retraction of false and defamatory statements that have damaged Plaintiff's reputation and may continue to damage Plaintiff's reputation in the future. These missing pages are thus essential to the adjudication of at least eleven (11) pleadings that have since been filed in this case, including Plaintiff's Request for Clerk to Issue Document seeking Default Judgment against various parties (Docket Items

1

#45-49), and various parties' Motion to Dismiss filed against Plaintiff (Docket Items #10, 11, 12, 26, 43, 54), in addition to ultimate case disposition.

On December 27, 2010, United States District Judge James V. Selena filed an Order Transferring Case to the U.S. District Court for the Northern District of Texas (see Docket Item #7). The case was electronically transferred to the U.S. District Court for the Northern District of Texas on December 29, 2010 as Cause #3:10-CV-02646-N-BK (see Docket Item #8).

Plaintiff contacted the Clerk of the U.S. District Court for the Central District of California regarding the missing pages in the online copy (PACER) of Plaintiff's First Amended Complaint in January 2011. The Clerk of the U.S. District Court for the Central District of California was able to find Plaintiff's original complete paper First Amended Complaint in their files.

On February 2, 2011, Clerk of the U.S. District Court for the Central District of California filed Notice of Clerical Error, which includes Plaintiff's entire First Amended Complaint, and is available on the Docket Sheet of the U.S. District Court for the Central District of California.

However, a second error occurred when the Clerk of the U.S. District Court for the Central District of California failed to forward their Notice of Clerical Error filed to the U.S. District Court for the Northern District of Texas, where the case had been transferred.

Plaintiff did not file a Request for Clerk to Issue Document against defendants for default (Docket Items #45-49) with the U.S. District Court for the Northern District of Texas until February 3, 2011 because the plea pages of Plaintiff's First Amended Complaint were missing in California until that time, and Default could not be properly adjudicated in Texas without Plaintiff's complete First Amended Complaint.

Plaintiff recently discovered this second error of the U.S. District Court for the Central District of California, as their Notice of Clerical Error has not to this date shown up on the docket sheet of the U.S. District Court for the Northern District of Texas.

Notably, although there was a clerical error in scanning Plaintiff's First Amended Complaint filed in the U.S. District Court for the Central District of California found by the Plaintiff, and a second error when the Notice of Clerical Error was not transferred by them to the U.S. District Court for the Northern District of Texas, all parties were properly served by Plaintiff with the complete First Amended Complaint as is required.

The missing pages of Plaintiff's First Amended Complaint included in the Notice of Clerical Error from the U.S. District Court for the Central District of California are essential to the adjudication of at least eleven (11) pleadings now pending in this case, including Plaintiff's Request for Clerk to Issue Document against various defendants (Docket items #45, 46, 47, 48, 49), and various Defendants' motions to dismiss (Docket Items #10, 11, 12, 26, 43, 54).

THEREFORE, IT IS Prayed that the Clerk of the Court amend the docket sheet of the above styled case to include the Notice of Clerical Error from the U.S. District Court for the Central District of California, which correctly includes the full text of Plaintiff's First Amended Complaint as filed with U.S. District Court for the Central District of California and properly served on all Defendants, in order to correct the above cited clerical errors.

Respectively submitted,

*[signature: Barbara Jeanne Altemeier]*

Barbara Jeanne Altemeier, Pro Se
13861 Yockey Street
Garden Grove, California  92844
(714) 379-9557

## **VERIFICATION**

IT IS HEREBY Verified that under the penalties of perjury that the foregoing Plaintiff's Notice to Clerk of Clerical Error is true and correct to the best of my knowledge and belief.

Witness my hand and seal this 1st day of March, 2011.

*[signature: Barbara Jeanne Altemeier]*

Barbara Jeanne Altemeier

## CERTIFICATE OF SERVICE

    IT IS HEREBY Certified that a copy of the aforementioned Plaintiff's Notice to Clerk of Clerical Error was sent by First Class Mail on the 1st day of March, 2011 to the Defendants below.

                                                      Barbara Jeanne Altemeier

G. Gus Morris
McGraw Morris P.C.
2075 W. Big Beaver Road
Troy, Michigan 48084

Ronald G Acho
Cummings McClorey Davis & Acho PLC
33900 Schoolcraft
Livonia, MI 48150

Winston L Borum
Borum & Hancock
2485 Burnett Plaza
801 Cherry St Unit 14
Fort Worth, TX 76102

J G Schuette
James Carroll Butt
Dallas City Attorney's Office
1500 Marilla Street
7th Floor
Dallas, TX 75201

Tammy Jean Ardolf
Dallas County Criminal District Attorney's Office - Fed
133 N Industrial Blvd
LB 19
Dallas, TX 75207

