U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
ORIGINAL
MAR 17 2011
CLERK, U.S. DISTRICT COURT
By ______ Deputy

BK

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| BARBARA JEANNE ALTEMEIER,<br><br>PLAINTIFF,<br><br>v.<br><br>DALLAS COUNTY, TEXAS (1);<br>CITY OF DALLAS, TEXAS (2);<br>MUSKEGON COUNTY, MICHIGAN (3);<br>FRUITPORT TOWNSHIP, MICHIGAN (4);<br>JAMES SCHULTZ (5);<br>TONY TAGUE (6);<br>DALE J. HILSON (7);<br>LOUIS CANALES (8);<br>RONALD M. HUBNER (9);<br>DANIEL DOWNS (10);<br>RONALD ANDERSON (11);<br>LUPE VALDEZ (12);<br>PARKLAND HEALTH & HOSPITAL SYSTEM AUXILIARY/AKA PARKLAND MEMORIAL HOSPITAL (13); and<br>John or Jane Does (14-23),<br><br>DEFENDANTS. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | No. 3:10-CV-02646-N (BK)<br><br>FIRST AMENDED APPENDIX TO PLAINTIFF'S RESPONSE TO DEFENDANTS, FRUITPORT TOWNSHIP AND JAMES SCHULTZ'S, MOTION TO DISMISS PERSUANT TO FED. R. CIV. P. 12(b)6 AND 12(c) |

**<u>FIRST AMENDED APPENDIX TO PLAINTIFF'S RESPONSE TO DEFENDANTS, FRUITPORT TOWNSHIP AND JAMES SCHULTZ'S, MOTION TO DISMISS PERSUANT TO F.R.C.P. 12(b)6 AND 12(c)</u>**

## I. Index to Appendix

A. Evidence that Fruitport Township (4) James Schultz (5) asked City of Dallas (2) Louis Canales (8) and Ronald M. Hubner (9) to perform a "warrantless arrest" of Plaintiff and they complied, as referred to in the First Amended Complaint (pages 5 lines 3-7, 13-25, page 7 lines 8-10). page 3.

A.1 Schultz police report "warrantless arrest" page 4.
A.2 City of Dallas police report—no warrant number page 5.
A.3 Dallas County Jail booking sheet—no warrant number page 6.

B. Evidence of the Perjury of Fruitport Township (4) James Schultz (5): page 7.

Affidavit and reports of Fruitport Township (4) James Schultz (5): pages 9-13.

B.1 Affidavit of James Schultz – 10/24/2006 pages 9-11.
B.2 James Schultz police report of "wire transfer request" pages 12-13.

Evidence Relating to Uncompleted Wire Transfer Through the Banker's Bank of the West: pages 14-19.

B.3 Form for uncompleted "wire transfer request" page 14.
B.4 Wire transfer instructions into First State Bank page 15.
B.5 Wikipedia entry for Bankers Bank page 16.
B.6 Web page for Service1 Federal Credit Union page 17.
B.7 Web page for First State Bank page 18.
B.8 James Schultz police report demonstrating he confirmed/knew L.E. Davis had an account at First State Bank page 19.

Verification page 20.

Certificate of Service pages 21.

## II. Evidence

A. Evidence that Fruitport Township (4) James Schultz (5) asked City of Dallas (2) Louis Canales (8) and Ronald M. Hubner (9) to perform a "warrantless arrest" of Plaintiff and they complied, as referred to in the First Amended Complaint (pages 5 lines 3-7, 13-25, page 7 lines 8-10).

1. Fruitport Township (4) James Schultz (5) Police Report dated September 13, 2006 for incident 2006-004326-I page 36, reporting on 10-17-06 in paragraph 4:

> **"I advised Ofc. Canales that I would like them to make a warrantless arrest on Barbara Altemeier for her part in the embezzlements. Ofc Canales then took Barbara into physical custody and I advised them that I would contact the Muskegon Co. Pros. Office and obtain a warrant."**

page 4.

2. City of Dallas (2) Police Department Arrest Report 06-0058323, printed 03/30/10; warrant number—**no warrant number**.

page 5.

3. Dallas County (1) Jail Booking Sheet 06085892—**no warrant number**.

page 6.

| Incident No | Date & Time Rept | Offense: 99003 |
|---|---|---|
| 2006-004326-I | 09/13/2006 20:01 | MISSING PERSONS |

SUPPLEMENT

of the forms and he stated that he would continue to tell Barbara that he was having trouble with his fax machine. Sisson again stated that he thought it was odd that Barbara was calling making the transfer requests on Alan and Leland's Davis's accounts.

ARRESTS BY DALLAS P.D:

On 10-17-06 at 1448hrs, I received a cell phone call from Ofc. Bartek of the Richardson P.D in Texas. I was advised that Dallas Police Department officers had Alan Davis in custody and were detaining Barbara Altemeier at the pharmacy. I was further advised that Barbara and Alan Davis had driven to the pharmacy in a blue Blazer matching the description of Alan Davis's vehicle. I was further advised by Ofc. Bartek that while Alan Davis was in custody, he made the admissions that he and Barbara had "power of attorney" over Leland Davis. Ofc. Bartek advised that she would help investigate the scene and then call me back with more information as there was a lot going on.

CONTACT WITH OFC. LOUIS CANALES-DALLAS P.D.:

On 10-17-06 at 1505hrs, I received a cellular phone call from Dallas P.D. officer Louis Canales. Ofc. Canales confirmed to me that they had Alan Davis is custody and had found Leland Davis in a nearby hotel room. Ofc. Canales advised that Leland Davis was alive in the hotel room, and he had an opportunity to talk to him briefly. Ofc. Canales advised that Leland Davis told him that he felt as thought he had been taken advantage of by Barbara Altemeier. In further observations, Ofc. Canales stated that Leland Davis had bruising around his ankles and legs. I was then advised that Leland Davis seemed "out of it" and spoke very little. Ofc. Canales did state that Leland Davis advised him that he wasn't allowed to contact anyone, but was made to go and see a doctor he didn't want too.

At that point, Ofc. Canales wanted to know about the status of Barbara Altemeier. At 1518hrs, I was advised that she was not arrested and based upon the statements that I had just received from Ofc. Canales and Ofc. Bartek, I advised them that I wanted her arrested. I advised Ofc. Canales that I would like them to make a warrantless arrest on Barbara Altemeier for her part in the embezzlements. Ofc. Canales then took Barbara into physical custody and I advised them that I would contact the Muskegon Co. Pros. Office and obtain a warrant. Ofc. Canales further stated that he would call me back shortly after taking care of the arrest.

FURTHER INVESTIGATION:

On 10-17-06 at approximately 1537hrs, I received another phone call

```
********************************************************************************
03/30/10   1457          DALLAS POLICE DEPARTMENT                     PAGE    1
********************************************************************************
                         ARREST REPORT  06-0058323
***************************  ARRESTED PERSON  *********************************
ARRESTED PERSON(L,F,M):ALTEMEIER,BARBRA,J              HOME ZIP CODE: 92844
ADR-HOME:13861   VOCKEY          APT:        CITY:GARDENGR  STATE:CA BT:OV
ADR-ARST:08200             ABRAMSRD        A:        CTY:DALLAS   ST:TX BT:253
RACE:W SEX:F AGE:55 DOB:[redacted] HT:506 WT:145 HAIR:BLON EYES:BLUE LOC:LS

*****************************   CHARGES   ************************************
ARST OFCR 1:5409 CANALES          ELEM:      ARREST DATE:101706 TIME:1500
ARST OFCR 2:8737 HUBNER,RONALD M            3:
DISPOSITION:*** ARRESTEE RELEASED  10/17/06   AT 1944  BY 3137 ***
DIV  CHG  TYPE  DESCRIPTION             CLS  UCR   PEN CD   SERVICE # RCDE
01 V HOLD    I  01MICHIGAN 10NO BOND         45                         TRCO

*************************  ARRESTED PERSON INFORMATION  *********************
IDENT #:            PLACE OF BIRTH:                      NICKNAME:
DESCRIBE ARREST PREMISES:                  OFFENSE PREMISES:
SOC SEC#:           FPC HENRY:                         FBI:
ARREST HOW:          SOBER:      DRINKING:       RESIST ARREST:
DRUG USER:      TYPE:              WEAPON TYPE:                          ARMED:
ALIAS NAME 1  (L,F,M):
ALIAS NAME 2  (L,F,M):
EMPLOYER:                      JOB/SCHOOL STAT:    OCCUPATION:
PH-BUS:             HOME:             DL#:                         ST:   TYPE:
*************************  VEHICLE & PROPERTY INFORMATION  *****************
VEHICLE:  LOC:              PROP:  LOC:                     TAG#:
TRANSPORT OFCR:             BKNG OFCR:           SEARCHING OFCR:
CONDITION:                     MED TREATMENT:                 LOCATION:
COMMENTS:                                TRANSFER FROM:              BEAT:
*************************  NOTIFICATION INFORMATION   **********************
DSO#:        FBI#:          DPS#:          RGN#:          NCIC#:
ACCOMPLICE ARST INF:HOLD FOR:        BY:
**********************************************        RIGHT THUMB PRINT
SCARS:                                   MISSING BODY PARTS:
OTHER FEATURES:
MOUSTACHE/TATTOOS:
                           ***  END OF REPORT ***
```

# BOOKING INFORMATION [redacted]
# DALLAS COUNTY JAI[redacted]

| NAME: (LA... MIDDLE) | | | TRN# | | |
|---|---|---|---|---|---|
| ALT...MEIER, BARBARA, JEANNE | | | | | |
| *ALIAS NAMES 92844 | | | *RACE W | *SEX F | *DOB [redacted] |
| *ADDRESS APT# CITY STATE ZIP: 13861 YOCKEY ST. GARDENGROVE CA | *HT 5'6 | *WT 145 | *HAIR BLND | *EYES BLUE | *SKIN TONE FAIR |
| P.O.B. [redacted] | CITIZENSHIP US | SCARS / MARKS / TATTOOS / AMPUTATIONS: NONE | | | |
| SOCIAL SECURITY # [redacted] | DRIVER'S LICENSE # [redacted] | I.D. CARD # — | STATE CA | TYPE DL | |
| SPECIAL EVENT ARREST? YES (NO) TYPE: | *ARRESTING AGENCY: Dallas Police Dept | ORI # TXDPD0000 | | | |
| *ARRESTING/TRANSPORTING OFFICERS: Hubner 8731 | ARREST: DATE / TIME: 10/17/06 3:00Pm | FIREARM CODE: NONE | | | |
| MARITAL STATUS: M (S) W D | IN DALLAS COUNTY JAIL BEFORE? YES (NO) | MEDICAL PROBLEMS: (YES) NO WHAT? AUTONOMIC NERVOUS SYSTEM DYSFUNCTION HEART MURMUR | | | |
| MISC. #'S 1: 2: 788838-R | *PLACE OF ARREST: 8220 ABRAMS RD | | | | |
| VEH. YEAR / MAKE: ~~'85 FORD EXPLORER~~ CHEVY BLAZER | LIC. PLATE # [redacted] | REG. STATE TX | REG. YEAR 07 | | |
| VEHICLE STORED AT: 1955 VILBIG ST. (DALLAS TOWBOYS) | TRANSPORT HAZARD MATERIALS? YES (NO) | OPER. COM. VEHICLE? YES (NO) | | | |
| *OCCUPATION: UNEMP | EMPLOYER — | ADDRESS CITY STATE ZIP — | *PHONE — | | |
| *EMERGENCY CONTACT: [redacted] | Female | RELATIONSHIP [redacted] | | | |
| *ADDRESS CITY STATE ZIP [redacted] | | *PHONE (951) 78[redacted] | | | |
| *DOES THIS ARREST STEM FROM FAMILY VIOLENCE OR HARASSMENT? YES (NO) | | | | | |
| *VICTIM'S NAME: | PHONE # OR ADDRESS: | | | | |
| PRISONER MONEY COUNT: | PRISONER ACKNOWLEDGMENT OF MONEY COUNT: | | | | |
| *SEARCH-IN OFFICER & I.D. # | *DATE | TIME | | | |

| CHARGE (INCLUDE H/F) | LEVEL AND DEGREE | STATUTE CITATION AND OFFENSE CODE | WARRANT # | DOMESTIC / FAMILY VIOLENCE YES OR NO |
|---|---|---|---|---|
| Hold Fruitport Michigan | | | | |

HANDICAP [stamp]

REV. 8/02

B. Evidence of the Perjury of Fruitport Township (4) James Schultz (4):

**Affidavit and reports of Fruitport Township (4) James Schultz (5):**

1. Affidavit of Fruitport Township (4) James Schultz (5) dated October 24, 2006 styled "The People of the State of Michigan, Plaintiff, v. Barbara J. Altemeier, Defendant", File No. 06-81844-FY; marked "State's Exhibit #4 10/25/6", showing his perjurous statement:

> **"... in an attempt to transfer money from an account in Leland's name to a separate account setup at a bank not authorized, consented to, ... by Leland."**

pages 9-11.

2. Fruitport Township (4) James Schultz (5) Police Report for incident 2006-004326-I of September 13, 2006, printed 10/24/2006, pages 25, 26; paragraph at the bottom of page 25 and top of page 26 states that James Schultz (5) "received a facimilie [SIC] transaction" of the uncompleted "wire transfer request".

pages 12-13.

**Evidence Relating to Uncompleted Wire Transfer Through Banker's Bank of the West:**

3. Form for uncompleted "wire transfer request."

page 14.

4. Wire Transfer Instructions into First State Bank, dated March 11, 2010. Secure email from Michelle Struble, Assistant Vice President, First State Bank-Guernsey, showing proof of the accuracy in B3 of the uncompleted wire transfer request form.

page 15.

5. Wikipedia entry for "Bankers' Bank" demonstrating that they "may provide services only to community banks".

page 16.

6. Web page for Service 1 Federal Credit Union Neosho, MO branch, www.service1fcu.com/neosho.php .

page 17.

7. Web page for First State Bank, Guernsey, WY, www.fsbwy.com/2723/mirror/a_locations.htm.

page 18.

8. Fruitport Township (4) James Schultz (5) Police Report for incident 2006-004326-I of September 13, 2006, printed 10/24/2006, page 30—evidential documented proof that on 10-16-06 James Schultz (5) confirmed/knew that Leland Ernest Davis did in fact have a bank account in the First State Bank in Guernsey, WY.

page 19.

# STATE OF MICHIGAN
## IN THE 14TH CIRCUIT COURT OF MUSKEGON COUNTY

**THE PEOPLE OF THE STATE OF MICHIGAN,**
**Plaintiff,**

**FILE NO. 06-81844-FY**

**v**

**BARBARA J. ALTEMEIER,**
**Defendant.**
______________________________/

**AFFIDAVIT**

NOW COMES DET. JAMES SCHULTZ, being first sworn and deposed, and hereby states as follows:

1. I am a detective for the Fruitport Township Police Department, currently investigating the kidnaping and abuse of Leland Davis.
2. I have spoken with Leland and have been told by him the following: Leland is not related by blood or marriage to Barbara Altemeier; Leland has never accepted Ms. Altemeier as a friend or an acquaintance; On or about 9/12/06 Leland was taken from his home by Barbara Altemeier and driven to Battle Creek, Michigan; on 9/13/06, while in Battle Creek, Leland was forced to sign, by Ms. Altemeier, a new last will and testament regarding his assets, estate, and trust, assigning all his assets to Alan Davis (See Exhibit A); Leland did not wish to have all his assets transferred to Alan, cutting other family and friends from his will; Leland is in the process of having a legitimate will and trust drafted within the next couple of days, voiding the one signed in Battle Creek; Alan Davis is the longtime boyfriend of Ms. Altemeier; on 9/13/06, Leland was than driven by Ms. Altemeier, against his will, from Battle Creek to Neosho, Missouri, where Ms. Altemeier forced Leland into a credit union in an attempt to transfer money from an account in Leland's name to a separate account setup at a bank not authorized, consented to, or recognized by Leland (See Exhibit B); Leland refused to

PENGAD-Bayonne, N.J.
STATE'S EXHIBIT
#4
10/25/6

9

sign the transfer and after the attempt to transfer the money was stopped by Leland's bank in Michigan, Leland was then transported to Texas against his will by Ms. Altemeier, where he remained in her custody; while being held against his will, Leland was never allowed to use the telephone to make calls that Leland wished to make; Leland was only allowed to eat what Ms. Altemeier gave to him and Leland was given unknown medications by Ms. Altemeier in an attempt to control him, as well as being subjected to daily examinations and extraordinary treatments by non-traditional physicians (See Exhibit C); all these things were being funded by the fraudulent use of Leland' funds by Ms. Altemeier; Leland had several credit cards opened with his financial information and in his name by Ms. Altemeier without his consent; Leland was told that he was signing payment for bills when in reality he was signing wire transfer forms, and money withdrawals for Altemeier; Leland went without contact with his friends and family for four weeks. On 9/13/06, Family members contacted the Fruitport Police Department to file a missing person report (See Exhibit D); while in the custody of Ms. Altemeier, she was very controlling, including taking away all of his clothes except for the clothes he wore when he was taken from Michigan; To get Leland to cooperate with Altemeier's wishes and requests, Leland was falsely told by Altemeier, throughout the four weeks of his captivity, that if the police found them, Leland would be put in a home and that all his money would be taken from him.

3. In contact with local authorities, I learned that Altemeier, Alan, and Leland were moving from hotel to hotel checking in under false names, and when authorities finally caught up to Leland he indicated that he was unaware of a lot of the events that had transpired over the last four weeks. (See Exhibit E)

4. From my initial review of the accounting documents of Leland' accounts, Leland had approximately $100,000 taken from his personal assets during the four weeks he was held against his will by Ms. Altemeier. The credit

cards in Leland's name were used without his consent to accrue approximately $7000 in debt for the benefit of Altemeier, such as putting gas in her vehicle, renting hotel rooms, and purchasing food.

5. I have also discovered through a review of the documentation discovered in this case that Ms. Altemeier was in the process of shopping for a RV that was going to be purchased with Leland' funds without his consent.

6. I firmly believe that if Ms. Altemeier is released she will disappear, knowing that she faces serious felony charges in the State of Michigan. I also believe that she is a danger to the public, especially the vulnerable elderly because she is currently unemployed and, based on my conversation with Leland, will use whatever means necessary to obtain money illegally to meet her own needs.

Further Affiant sayeth not.

Detective James Schultz

Subscribed and sworn to before me on October 24th, 2006

Linda S. Schutter, Notary Public
Muskegon County, Michigan
My Commission Expires 04/28/08
Acting in Muskegon County, Michigan

| Incident No | Date & Time Rept | Offense: 99003 |
|---|---|---|
| 2006-004326-I | 09/13/2006 20:01 | MISSING PERSONS |

SUPPLEMENT

TAKEN FROM WORDPERFECT DOCUMENT 2006004326.013
INFORMATION:

On 10-16-06 at approximately 1130hrs, I called the Federal Bureau of Investigation Field Office in Grand Rapids. I called and spoke to Agent William Blynn. I advised Blynn of this case and it's circumstances. Blynn advised that their agency is very interested in this case and he would contact the U.S District Attorney's Office for issuance of a Unlawful Flight to Avoid Prosecution (UFAP) warrant on Alan Davis.

At approximately 1300hrs, I got a call back from Agent Blynn. I was advised that the U.S. Attorney's Office will issue the UFAP warrant on Alan Davis. A meeting was scheduled on 10-17-06 at 1300hrs to meet with Agent Blynn and obtain the warrant, and make notification to the field offices in Houston Texas.

FURTHER FOLLOW UP WITH SERVICE ONE FEDERAL CREDIT UNION:

On 10-16-06 at approximately 1500hrs, I called and spoke to the branch manager, Judy Tibault of the Sherman Blvd. location. I advised Tibault that I was following up on my request of the video from their branch in Neosho Missouri. I further had requested information to be faxed to me regarding the wire transfer. I was advised by Tibault that she had tried several times to obtain the video of Leland Davis and Barbara Altimeier coming into that branch. Tibault stated that she was unable to "unscramble" the video footage as they had gone to an updated surveillance video system in Neosho. Tibault stated that she had checked and there was no way to retrieve this video.

At that point, I did request to have the copies of all paperwork regarding the attempted "wire transfer" of the money. Tibault further stated that she did finally receive this information, but it had been placed in file. I asked her to fax this information to me right away. Tibault stated that she would and advised that it was placed to the side as there had been absolutely no transactions on Leland Davis's account since September 16th 2006. Tibault further advised me that this account has been flagged and nobody is to authorize any account movements with out her authorizations first. Tibault did also state to me that she has the accounts flagged in all of their branches including the other one in Mobile Alabama. This banking affiliate was notified that Altemeier was possibly in route to their location to try the same thing. I was further advised that their branch affiliate in Mobile Alabama had contacted their local Mobile Police Department precinct and filed a report with a Captain in their jurisdiction. No attempts had been made at this, or any other locations by anyone since Altemeier was denied the fund transfer on September 15th 2006.

Tibault stated that she will not release any of the funds at this time. Tibault was very helpful and at 1515hrs, I received a

| Incident No | Date & Time Rept | Offense: 99003 |
|---|---|---|
| 2006-004326-I | 09/13/2006 20:01 | MISSING PERSONS |

SUPPLEMENT

facimilie transaction from Tibault of the original document that Altemeier tried to turn into the branch in Neosho Missouri.

REVIEW OF TRANSFER REQUEST:

On 10-16-06 at 1515hrs, I had an opportunity to review the bank account information listed on the forms that Tibault had submitted. I noted that at the top of the "wire transfer request" there was the Receiving Institutions name. I noted that the form was handwritten and the receiver was a "Bankers Bank of the West." Phone number #307-836-2152. Receiving account number to be 102003743. I noted that the funds were to be received in the name of Leland E. Davis. I did further note that there was no signatures or dollar amounts entered on this form. Since no signatures were present on this form, it is unknown who had filled it out. According to the branch manager in Neosho, this form was completed by Barbara Altemeier. I did note that Altemeier's phone number is listed as contact number and then there is a note next to the number. It states, "Barbara will give to him." I believe this to mean that if the bank was to call this phone number, then she will give the phone to Leland Davis. At this point, there is no further information to add regarding this transaction.

CONTACT WITH BANKERS BANK OF THE WEST/FIRST STATE BANK:

On 10-16-06 at approximately 1530hrs, I called the Bankers Bank of the West. I spoke to a female on the other end and ID myself. I asked this female if I could speak to the branch manager. I was advised that the branch manager, a Derrick Sisson was out of the office. I left my name and phone numbers for Sisson to contact me back about the account information located on the "wire transfer request." I was attempting to get a location of their bank and the owner of the account number 102003743 where the money was supposed to be transferred to from the bank in Neosho Missouri. The female clerk did advise me that this branch is located in the state of Wyoming, but would not advise any further. This female referred me to Sisson. I asked to have Sisson call me back as soon as possible.

DISPOSITION:

Investigation continues:

Det. James Schultz

FROM (MON) OCT 16 2006 14:4[illegible] 14:44/No. 6826608209 P 2

09/18/2006 03:37 4174515384 SERVICE 1 PAGE 01

ATTN: Judy For informational Purpose ONLY DO NOT Wire any funds

**WIRE TRANSFER REQUEST**

Per Judy

Amount of wire:

Receiving Financial Institution: Bankers Bank of the West

Phone # (if available): 307-836-2152

Receiving ABA: 102 003743

Beneficiary's Financial Institution (if applicable): First State Bank of Wheatland

Beneficiary's Financial Institution Account # (if applicable): 1000950

Name of person to wire funds to: Leland E. Davis

Account number: 0301280

Special Instructions:

You may identify the "wire funds to" or any financial institution by name and by account number (or ABA routing and transit number). The Credit Union (and other institutions) may rely on the account or other identifying number as the proper identification, even if it identifies a different party or institution. If the wire transfer is cleared through the Federal Reserve, the transaction is governed by Regulation J. You authorize the Credit Union to transfer funds as described herein and debit your account in the amount transferred, plus applicable charges.

Account Owner Signature:

Account Number: 718641 Date: 9-15-06

Daytime Phone Number: cell 702-241-[redacted] Barbara will give to him

For Office Use

Received by: mc Date/Time: 9-15-06 / 12:25 pm CST

Processed by: Date/Time: Fee Withdrawn

231-865-2173

[illegible handwritten notes]

(NO IDEA).

Received: Mar 11, 2011 11:33:59 AM
Expires: Mar 25, 2011 12:33:59 PM
From: michelles@fsbwy.com
To: <redacted>
Cc:
Subject: Wire Instructions
Attachments: htmlBody.html

---

WIRE INSTRUCTIONS

INTO FIRST STATE BANK

CORRESPONDENT BANK,

BANKERS BANK OF THE WEST, DENVER

ABA 102003743

CREDIT: FIRST STATE BANK-WHEATLAND

ACCT # 1000950

FINAL CREDIT -CUSTOMER'S NAME AND ACCOUNT

MICHELLE STRUBLE

ASSISTANT VICE PRESIDENT

FIRST STATE BANK-GUERNSEY

PH. 836-2152 FAX 836-2438

-----------------------------------------------------------------------

This message was secured by ZixCorp(R).

---

# Bankers' bank

From Wikipedia, the free encyclopedia

A **bankers' bank** is a financial institution that provides financial services to community banks in the United States of America. Bankers' banks are owned by investor banks and may provide services only to community banks.

By leveraging positive economies of scale, bankers' banks are able to provide many services to community banks that typically would be economically available only to large national or multinational banks. The advantage here is that community banks which use these services can in turn offer them to their customers, allowing these smaller independent banks to effectively compete with larger banks.

The first bankers' bank was formed in Minnesota in 1975. Currently there are 22 bankers' banks across the US serving more than 6,000 banks in 48 states. The largest bankers' bank is at present TIB-The Independent BankersBank, located in Irving, TX, and serving over 1,400 banks across 46 states - plus Guam and Bermuda.

## External links

- Bankers' Bank Council (http://www.bankersbanks.com/)
- Silverton Bank (http://www.silvertonbank.com/)
- PCBB (http://www.pcbb.com/)
- TIB-The Independent BankersBank (http://www.mybankersbank.com/)
- The Bankers' Bank of Kentucky (http://www.bbky.com/)

Retrieved from "http://en.wikipedia.org/wiki/Bankers%27_bank"
Categories: Banks | Bank stubs

- This page was last modified on 24 June 2010 at 20:22.
- Text is available under the Creative Commons Attribution-ShareAlike License; additional terms may apply. See Terms of Use for details.
Wikipedia® is a registered trademark of the Wikimedia Foundation, Inc., a non-profit organization.



Call Us: 800-879-9697 Online Banking Contact Us What's New Tip of the Month

About Us
Join Us
24 Hour Access
Loans
Savings
Convenience Services
Financial Education
Home

# Neosho, MO Branch

Please visit us at:

Service 1 Federal Credit Union
P.O. Box 96
816 W. Harmony
Neosho, MO. 64850

Ph: 1-417-451-7588
Fx: 1-417-451-5304
Em: jcullers@service1fcu.com

Click here for branch hours.

YAHOO! Maps View Map

## We NOW Have Discount Movie Tickets!

Tickets are now available to B & B Movie Theater in Neosho! Purchase tickets for just $6.00 each.

## Welcome to our Membership

Spring Hill Assisted Living is our newest SEG!

## 2010 Member Appreciation Cookout

We had a great time at our Member Appreciation cookout in Neosho on April 23rd. Thank you to everyone who came!

**Security Promise**
Our Credit Union will never ask for any personal credit card or financial information via email. We do not share our internal email lists with anyone, and have security in place to ensure that our internal databases are not being accessed.

**Routing Number**
Service 1 Federal Credit Union's routing number is: 272483264

**Tax Information:**
1099-INT Instructions

17



First State Bank offers more complete access to your account. Wherever you are, whenever you need it.

**Online Banking Login**

**Lost or Stolen Debit Card?**

Contact Us or call 1-888-833-3455.

Email us with general questions or comments.

Emailing private information? Use our Secure Email Center.

Announcements

We are updating our bill pay communication. You may have received an email from support@billpayemail.com recently. This is a legitimate email and the address should be added to your safe sender list to continue to receive updates from them.

## Locations & Hours

**Wheatland:**
1405 Sixteenth Street
P.O. Box 39
Wheatland, WY 82201
Tel: 307-322-5222
Fax: 307-322-4024

**Banking Hours:**
**Lobby:**
9:00 A.M. - 5:00 P.M.
Monday - Friday

**Drive-Up:**
8:00 A.M. - 5:00 P.M.
Monday - Thursday
8:00 A.M. - 6:00 P.M. Friday

**Torrington:**
1410 E. Valley Hwy 26
P.O. Box 1098
Torrington, WY 82240
Tel: 307-532-5600
Fax: 307-532-5603

**Banking Hours:**
**Lobby:**
9:00 A.M. - 4:30 P.M.
Monday - Friday

**Drive-Up:**
7:30 A.M. - 4:30 P.M.
Monday - Thursday
7:30 A.M. - 6:00 P.M. Friday

**Guernsey**
250 W. Whalen
P.O. Box 879
Guernsey, WY 82214
Tel: 307-836-2152
Fax: 307-836-2438

**Banking Hours:**
**Lobby:**
9:00 A.M. - 5:00 P.M.
Monday - Friday

**Drive-Up:**
8:00 A.M. - 5:00 P.M.
Monday - Thursday
8:00 A.M. - 5:00 P.M. Friday

**The following locations have No Fee ATM Machine for First State Bank customers:**

**I-25 Pit Stop**
1857 W. Mariposa
Wheatland, WY

**First State Bank**
1410 E. Valley Hwy 26
Torrington, WY

**Safeway**
16th & Oak
Wheatland, WY

**First State Bank**
1405 16th Street
Wheatland, WY

**Safeway**

**Safeway**

18

| Incident No | Date & Time Rept | Offense: 99003 |
| --- | --- | --- |
| 2006-004326-I | 09/13/2006 20:01 | MISSING PERSONS |

SUPPLEMENT

TAKEN FROM WORDPERFECT DOCUMENT 2006004326.016
INFORMATION:

On 10-16-06 at approximately 1600hrs, I received a call back from the bank president Derrick Sisson. Sisson stated that he is the branch president of the First State Bank/Bankers Bank of the West. Sisson was advised of the complaint the nature of the missing person, Leland Davis. Sisson further explained to me that he knows Leland Davis and Alan Davis. Sisson advised that he remembers when both Leland and Alan Davis came into their branch and opened the accounts. Sisson did state that there was another woman with them, alledgally Barbara Altemeier. Sisson said that the accounts were opened in Mid-August sometime. Funds were wired to their accounts there from another banks and Sisson stated that Leland advised him that they were moving to the area and needed the money to settle down.

Sisson further advised that during the time that they set up the accounts, Leland and Alan seemed very in "control" and Leland appeared to be of sound mind and body. Sisson advised that he didn't suspect anything out of the ordinary and said that Leland seemed excited about moving the money and moving out to their area. Sisson said that a wire transfer of money was completed later.

I then attempted to verify the account numbers that were on the "wire transfer" request from the credit union affiliate of Service 1 Federal Credit Union in Neosho Missouri. I was advised by Sisson that he didn't recognize any of the these numbers but said that the routing numbers appear to be very close, only off one or two digits. In further talking with Sisson, he stated that this was a very small town and I advised him that I needed them to call their local police departments if Alan, Leland, or Barbara Altemeier come into their branch. Sisson stated that he would. I further advised hi that I have been in contact with their local police department and someone from their area should be contacting them regarding this case.

I then asked Sisson if there was any recent account activity on Leland Davis's account. Sisson said that the accounts were in both Alan and Leland's names and not Barbara Altemeier. I asked Sisson if he could give me some history on the accounts. Sisson was very reluctant to do so but did state that there was only one transaction so far since the account was opened. There was a cancelled check on file. I asked him to tell me where this check was written to or cashed. Sisson would not tell me with out having contact with local police or a federal subpoena, but did state that they had received a cancelled check about a week ago. I advised him that Guernsey Police Department should be in touch with them shortly. As of this time, I have not heard back from Ofc. Orr or Sisson. Follow up to be completed.

Investigation Continues.

Respectively submitted,

Barbara Jeanne Altemeier, Pro Se
13861 Yockey Street
Garden Grove, California 92844
(714) 379-9557

**VERIFICATION**

IT IS HEREBY Verified that under the penalties of perjury that the foregoing First Amended Appendix to Plaintiff's Response to Defendants, Fruitport Township and James Schultz's, Motion to Dismiss Persuant to F.R.C.P. 12(b)6 and 12(c) is true and correct to the best of my knowledge and belief.

Witness my hand and seal this 14 day of March, 2011.

Barbara Jeanne Altemeier

**CERTIFICATE OF SERVICE**

IT IS HEREBY Certified that a copy of the aforementioned First Amended Appendix to Plaintiff's Response to Defendants, Fruitport Township and James Schultz's, Motion to Dismiss Persuant to F.R.C.P. 12(b)6 and 12(c) was sent by First Class Mail on the 14 day of March, 2011 to the Defendants below.

Barbara Jeanne Altemeier

G. Gus Morris
McGraw Morris P.C.
2075 W. Big Beaver Road
Troy, Michigan 48084

Ronald G Acho
Cummings McClorey Davis & Acho PLC
33900 Schoolcraft
Livonia, MI 48150

Winston L Borum
Borum & Hancock
2485 Burnett Plaza
801 Cherry St Unit 14
Fort Worth, TX 76102

J G Schuette
James Carroll Butt
Dallas City Attorney's Office
1500 Marilla Street
7th Floor
Dallas, TX 75201

Tammy Jean Ardolf
Dallas County Criminal District Attorney's Office - Fed
133 N Industrial Blvd
LB 19
Dallas, TX 75207