

BK

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| BARBARA JEANNE ALTEMEIER, | § | |
| PLAINTIFF, | § | |
| | § | |
| v. | § | No. 3:10-CV-02646-N (BK) |
| | § | |
| DALLAS COUNTY, TEXAS (1); et al., | § | |
| | § | |
| DEFENDANTS. | § | |

## FIRST SUPPLEMENTAL PLAINTIFF'S OBJECTIONS TO FINDINGS, CONCLUSIONS AND RECOMMENDATION OF MAGISTRATE JUDGE

NOW COMES Barbara Jeanne Altemeier, Plaintiff, in the above-entitled case to file this First Supplemental Plaintiff's Objections to Findings, Conclusions and Recommendation of Magistrate Judge and would show this Court the following, to wit:

### I. PAGE NUMBERING: GENERAL: OBJECTION:

**Objection 11:** Most of the references in the Findings, Conclusions and Recommendation of Honorable Magistrate Judge to Plaintiff's First Amended Complaint are increased one page over the page numbering of the document, since Honorable Magistrate is apparently referring to the PACER scanned image of Docket Item 6.1, which has an additional Notice of Clerical Error page prepended. This means that the Honorable Magistrate's numbers referring to Plaintiff's First Amended Complaint in Docket Item 6-1 is inconsistent with the numbering on the face of the document, which is confusing. Plaintiff proposes to use the page numbers on the face of the Amended First Amended Complaint, for consistency with the pages on the Original First Amended Complaint, Docket Item 6. For specific page reference objections, see Objection 16 at the bottom of this document.

## II. SUPPLEMENT TO PRIOR OBJECTIONS ON
## STATUTE OF LIMITATIONS TOLLING:

**Objection 2: Texas, Tolling; Objection 5: Michigan, Tolling; Supplemental:**

**Item 1:**       Plaintiff states in her First Amended Complaint (Doc. 6.1 page 23):

> Within a week or so of Plaintiff's being released from the Dallas County Jail, a television news broadcast reported that a nineteen (19) year old schizophrenic was placed in solitary confinement at the Detroit, Michigan jail, was not given any food or water, and died on the fourth day.

This refers to the case of Timothy Joe Souders who died August 6, 2006 at the Southern Michigan Correctional Facility in Jackson, Michigan.  His death was covered on the broadcast mentioned above, and the following month on CBS' 60 Minutes[1] on February, 2007, which helped lead to the closing of the facility on November 17, 2007.[2]  Plaintiff became aware of this incident from news media following her release, at the same time that the Muskegon County, Michigan (3) authorities refused to provide or allow Plaintiff's family to provide the prescription water and prescription food required for the life survival of the Plaintiff if jailed.  This highlighted the threat that incarceration in the Muskegon County Jail, which did not have a full time physician on staff,[3] was to Plaintiff's life.

These set of circumstances would lead a reasonable person to conclude that there was a high probability that Plaintiff could lose her life if she surrendered to the Michigan authorities. Therefore, Plaintiff chose life and went into hiding, and was thus prevented from a legal remedy for violation of civil and Constitutional rights.

---

[1] http://www.cbsnews.com/stories/2007/02/08/60minutes/main2448074.shtml

[2] http://en.wikipedia.org/wiki/Michigan_State_Prison

[3] The fact that the Muskegon County Jail did not have a physician on staff in 2006 was covered in news articles on the outbreak of Methicillin Resistant Staphylococcus Aureaus at that facility.

**Item 2:**         Plaintiff supplements the medical necessity letter of her physician Dr. Alfred R.

Johnson of Dallas, Texas which demonstrates Plaintiff's need for prescription organic food and

prescription bottled water, Attachment 1 to her original Plaintiffs Objections, with Attachment 3,

the Curriculum Vitae of Dr. Alfred R. Johnson of Dallas, Texas.[4]

**Objection 3: Texas, Tolling; Objection 5: Michigan, Tolling; Correction:**

The quote in Objection 3 Texas: Tolling (page 5), in Original Plaintiff's Objections is from

Magistrate's Findings page 8, not page 6 as stated; Plaintiff also includes Objection 3 by

reference in Objection 5, Michigan: Tolling.

## III. CORRECTION OF PRIOR "ADDITIONAL OBJECTIONS":

**Objection 7: Warrant: Correction:**

The quote in Objection 7 (page 7) in Original Plaintiff's Objections which states "... active

warrant... she did not return to that state." is Magistrate's Findings page 3; the page number was

not previously listed.

## IV. "RELEVANT FACTS": DETAIL: OBJECTIONS:

**Objection 12: "Plaintiff ... was ... initially denied...":**   Magistrate's Report and

Recommendations states on page 2:

> "Plaintiff alleges that while being held in the Dallas County Jail, she was ... and initially
> denied her prescription food and water."

Plaintiff objects to this mis-statement as it fails to accurately address the severity and

length of time water and food was withheld from Plaintiff.  Plaintiff was arrested on October 17,

2006.  Officers adamantly refused to allow Plaintiff's prescription organic food or prescription

bottled water to accompany Plaintiff.  During the booking process, both of these were not noted /

---

[4] Notably, Dr. Johnson formerly served on the Texas State Board of Medical Examiners.

written down, the wheelchair was removed from the cell each time leaving Plaintiff immobile. Plaintiff was not given any water until October 19, 2006. For more than a week, before the hospital, during the hospital stay, and after returning to jail, Plaintiff was only offered jail food twice, not Plaintiff's prescription organic food.

Also, on Christmas Day, Plaintiff received only one five (5) ounce box of organic crackers that was to last the entire day. This establishes the withholding of food and water was not just initially denied. (Doc. 6.1, pages 7-21)

**Objection 13: "Plaintiff … exposed to "noxious substance[s]…"":** Magistrate's Report and Recommendations states on the bottom of page 2 and top of page 3:

> "In addition, Plaintiff was subjected to many other actions, including: being exposed to "noxious substance[s]," which caused her to fall to the floor and lose the use of her legs the entire time she was in jail …"

In fact, the woman sprayed some of the substance directly in Plaintiff's face. (Doc 6.1 pages 7-8)

Magistrate's Report and Recommendations states near the top of page 3:

> "… being exposed to the substances a second time, which caused her to "black out" …"

Plaintiff objects to this mis-statement. Plaintiff was wheeled past buckets containing chemicals used for cleaning which resulted in Plaintiff passing out. When Plaintiff returned to the jail, she was wheeled past the same type buckets containing chemicals used for cleaning, causing Plaintiff to black out again. (Doc 6.1 pages 9-11)

## V.  PLAINTIFF'S REQUEST FOR INJUNCTIVE RELIEF HAS NOT BEEN ADDRESSED: OBJECTION:

**Objection 14: Failure to address Plaintiff's request for Injunctive Relief:**

Honorable Magistrate's Finding, Conclusions, and Recommendations (Docket Item #87) are flawed regarding Plaintiff's pleas for injunctive relief. Specifically, Honorable Magistrate is

incorrect in stating on Page 4 in footnote 2:

> **"However, Plaintiff's amended complaint does not seek injunctive relief, only monetary damages, medical expenses, attorney's fees, and a press release on her innocence. (Doc. 6-1 at 42-44)."**

In fact, the plea for injunctive relief in Plaintiff's First Amended Complaint (Doc. 6.1) on page 41, item 86. The Court has neglected to address Plaintiff's request for injunctive relief, the second half of Plaintiff's case, and thus fails to mitigate the threat of future harm caused by the false accusations of the Michigan Defendants, the perjerous affidavits of James Schultz (5) and police reports of Fruitport Township, Michigan (4) which are false in key respects, which may continue to harm Plaintiff in the future.

Upon discovery, which may reveal specific means by which Plaintiff is threatened by future deprivation of rights under color of law, Plaintiff will provide specific language for an Order of injunctive relief.

## VI. CONCLUSIONS AND CONCLUSORY LANGUAGE OBJECTIONS:

**Objection 15: Objections to conclusions and conclusory language:** In addition to scope, fact, law, reference and grammatical objections, Plaintiff objects to the following conclusions and conclusory language for reasons enumerated above:

Page 1:      After reviewing the relevant pleadings and applicable law, the Court finds Defendants' motions to be well taken, and recommends that Plaintiff's case be **DISMISSED WITH PREJUDICE** as to all Defendants.

Page 4:      As set forth below, the Court concludes that Plaintiff's claims are barred by the applicable statute of limitations as to all Defendants and, therefore, does not address Defendant's remaining arguments.

Page 6:      Therefore, any cause of action against the Texas Defendants that accrued before November 4, 2008, is barred by the statute of limitations.

Page 6-7:      Accordingly, Plaintiff's section 1983 and 1985 claims against the Texas Defendants should be dismissed as barred because her complaint was filed approximately 22 months outside of the applicable limitations period.

Page 7:        Therefore, any cause of action against the Michigan Defendants that accrued before November 4, 2007, is also barred by the Michigan statute of limitations.

Page 8-9:      Plaintiff's complaint against the Michigan Defendants was filed approximately ten months outside the Michigan statute of limitations and 22 months outside of the Texas limitations period. Therefore, Plaintiff's section 1983 and 1985 claims against the Michigan Defendants are barred and should be dismissed.

Page 8:        Thus, on January 2, 2007, Plaintiff had knowledge of all facts that would lead a reasonable person to conclude that there was a causal connection between her alleged injury and the Michigan Defendants' actions or to at least investigate further.

Page 9:        For the foregoing reasons, it is recommended that Defendants' motions to dismiss (Docs. 10-12, 26, 43, 54) be GRANTED, and Plaintiff's case is dismissed with prejudice.

## VII.    SPECIFIC REFERENCE OBJECTIONS:

**Objection 16: References to Plaintiff's First Amended Complaint as Corrected:**

As stated above in Objection 11:

Objection 11:  Most of the references in the Findings, Conclusions and Recommendation of Honorable Magistrate Judge to Plaintiff's First Amended Complaint are increased one page over the page numbering of the document, since Honorable Magistrate is apparently referring to the PACER scanned image of Docket Item 6.1, which has an additional Notice of Clerical Error page prepended.  This means that the Honorable Magistrate's numbers referring to Plaintiff's First Amended Complaint in Docket Item 6-1 is inconsistent with the numbering on the face of the document, which is confusing. Plaintiff proposes to use the page numbers on the face of the Amended First Amended Complaint, for consistency with the pages on the Original First Amended Complaint.  For specific page reference objections, see Objection 16 at the bottom of this document.

Plaintiff proposes, addition to the adjustment of Honorable Magistrate's references to use the page numbers on the face of the document, the following specific reference changes (which clearly specify document page numbers):

Page 1: no changes.

Page 2: Five (5) references to be adjusted to page numbers and:

Page 2 line 1:  Should be Doc. 6-1 pages 2, 30-41.  (adjusted, changed)

Page 2 line 6:  Should be Doc 6.1 page 29 item 35.  (adjusted, clarified)

Page 2 line 9:  Should be Doc 6.1 page 5 item 2 and page 7 item 6.  (adjusted, clarified)

Page 2 line 11:  Should be Doc 6.1 page 5 item 2.  (adjusted, clarified)

Page 2 line 17:  Should be Doc 6.1 page 5, 21-22.  (adjusted, error corrected)


Page 3: Nine (9) references to be adjusted to page numbers and:

Page 3 line 3:  Should be Doc. 6-1 pages 9-11.  (adjusted, changed)

Page 3 line 4:  Should be Doc. 6-1 pages 8-9, 13.  (adjusted, changed)

Page 3 line 5:  Should be Doc. 6-1 pages 13, 16.  (adjusted, changed)

Page 3 line 11:  Should be Doc. 6-1 pages 22.  (adjusted, changed)


Page 4-5: no changes.


Page 6: no changes (line 12 has the correct page numbers)


Page 7: One (1) reference on lines 9-10 to be adjusted to page numbers and:

 Page 7 line 14:  Should be Doc. 6-1 pages 5-6.  (adjusted, changed)


Page 8-9: no changes.

**PLEA:**

THEREFORE, IT IS Prayed that the Magistrate's Recommendation be rejected and that this case not be dismissed with prejudice, but rather the case be allowed to proceed with discovery.

Respectively submitted,

Barbara Jeanne Altemeier, Pro Se
13861 Yockey Street
Garden Grove, California  92844
(714) 379-9557

## LIST OF ATTACHMENTS:

1.   **Alfred R. Johnson, D.O. medical necessity letter**
        **(Attached to Original Plaintiff's Objections).**

2.   **Letter from the American Academy of Environmental Medicine.**
        **(Attached to Original Plaintiff's Objections).**

3.   **Curriculum Vitae of Alfred R. Johnson, D.O.**

## CURRICULUM VITAE

Alfred R. Johnson, D.O.

**CURRENT EMPLOYMENT**:
Johnson Medical Associates, P.A.
997 Hampshire Lane
Richardson, Texas 75080-8105
Tel: 972-479-0400
E-mail: drj@johnsonmedicalassociates.com

**PERSONAL:**
Place of birth: St. Joseph, Missouri
Date of birth: June 27, 1948
Current residence: Dallas, Texas

**EDUCATION:**
William Jewell College
Liberty, Missouri
B.S.: 1970
The University of Health Sciences
Kansas City, Missouri
D.O.: 1974-1975

**INTERNSHIP:**
Oklahoma Osteopathic Hospital
Tulsa, Oklahoma
Rotating Internship: 1974-1975

**RESIDENCIES:**
Southeastern Medical Center
North Miami Beach, Florida
Internal Medicine Residency: 1977-1980

Environmental Health Center—Dallas
Dallas, Texas

**CERTIFICATIONS**:
International Board of Environmental Medicine, February 22, 1980
Certificate #006

**LICENSURE:**
Texas
Missouri
Oklahoma
Florida

**APPOINTMENTS:**
Clinical Adjunct Faculty Member
Lincoln Memorial University-
DeBusk College of Osteopathic Medicine
July 29, 2010 – July 29, 2013

**PROFESSIONAL ORGANIZATIONS**:
Fellow: American Academy of Environmental Medicine
Fellow: American Academy of Disability Evaluating Physicians
Member: American College of Allergy and Immunology
Member: American College of Osteopathic Internists
Member: American Osteopathic Association
Member: American Osteopathic College of Allergy and Immunology

## CURRICULUM VITAE

Alfred R. Johnson, D.O.

Member: Association of American Physicians and Surgeons, Inc.
Member: Pan American Allergy Society
Member: Texas Osteopathic Medical Association

**HONORS/SPECIAL
RECOGNITION:**   Chief Resident, Osteopathic General Hospital, North Miami Beach
Florida, 1980

Director, American Academy of Environmental Medicine, 1987-1989

Member, Texas State Board of Medical Examiners, 1988-1993

**HONORS/SPECIAL
RECOGNITION:** (Cont.) Outstanding Achievement Award, William Jewell College,
Liberty, Missouri, 1993

Director, Pan American Allergy Society, 1993-1995
President Elect for Pan American Allergy Society, 2001-2002

## PUBLICATIONS

1. Free, B.A., Corliss, M., Bergman, R.S., Johnson, A.R., Nasr, N.J., Kaminski, M.V., Jr.,
Ravenswood Hospital Medical Center, M.N.E.R.F., Chicago, Illinois and Southeastern
Medical Center, North Miami Beach, Florida, "Serum Albumin Level and Total
Lymphocyte Count as Predictors of Morbidity and Mortality in Patients Undergoing
Abdominal Surgery".

2. Rea, William J.,  Podell, Richard N., Williams, MLT, Fenyves, E. Sprague, D.E., Johnson,
A.R., "Elimination of Oral Food Challenge Reaction by Injection of Food Extracts",
*Archives of Otolaryngology,* Vol. 110, April 1984, pp. 248-248-252.

3. Bertschler, J., Butler, J.R., Lawliss, G.F., Rea, W.J., Johnson, A.R.: "Psychological
Components of Environmental Illness: Factor Analysis of Changes During Treatment",
*Clinical Ecology,* Vol. III, No. 2, Summer, 1985, pp 85-96

4. Rea, W.J., Johnson, A.R., Smiley, R.E., Maynard, B., Dawkins-Brown, O. "Magnesium
Deficiency in Patients with Chemical Sensitivity", *Clinical Ecology,* Vol. IF, No. I, pp. 17-
20...

5. Rea, W.J., Johnson, A.R., Youdin, S., Fenyves, E.J., Samadi, N.: "T-and B-Lymphocyte
Parameters Measured in Chemically Sensitive Patients and Controls, *Clinical Ecology,* Vol.
IV, No., 1 pp. 11-14, 1986.

6. Rea, W.J., Johnson, A.R.: "Aliphatic Hydrocarbon Solvents in Chemically Sensitive
Patients, *Clinical Ecology,* Vol. V, No. 3, 1987/88, pp. 126-131.

7. Rea, W.J., Pan, Y., Johnson, A.R.: "Toxic Volatile Organic Hydrocarbons in Chemically
Sensitive Patients", *Clinical Ecology,* Vol. V, No. 2, 1987.

<u>CURRICULUM VITAE</u>

Alfred R. Johnson, D.O.

8. Rea, W.J., Pan, Y., Johnson, A.R.: "Clearing of Toxic Volatile Hydrocarbons from Humans", *Clinical Ecology*, Vol. 4, No. 4, 1987/88 pp. 166-171.

9. Rea, W.J., Pan, Y., Johnson, A.R., Fenyves, E.J.: "T- and B-Lymphocytes in Chemically Sensitive Patients with Toxic Volatile Organic Hydrocarbons in their Blood", *Clinical Ecology*, Vol. V., No. 4, pp. 171-175, 1987/88

10. Ross, G.H., Rea, W.J., Johnson, A.R., Maynard, B.J., Carlisle, L.: "Evidence for Vitamin Deficiencies in Environmentally Sensitive Patients, *Clinical Ecology,* Vol. VI, No. 2, pp. 60-66, 1989

11. Rea, W.J., Ross, Gerald H., Johnson, Alfred. R., Smiley, Ralph E., Fenyves, Ervin J., Smadi, N.: "Confirmation of Chemical Sensitivity by Means of Double-Blind Inhalant Challenge of Toxic Volatile Chemicals", *Clinical Ecology,*  Vol. V, No. 3, 1989

12. Rea, W.J., Ross, Gerald H., Johnson, A.R., Smiley, Ralph E., Sprague, Donald E., Fenyves, Ervin J. "Chemical Sensitivity in Physicians", *Clinical Ecology,* Vol.  Vi, No. 3, 135-141, 1989

13. Khan, A., Rea, W.J., Johnson, Alfred R., Ahmed, Shafi: "Possible Use of Co-Enzyme Q-10 in L-Tryptophan Associated Eosinophilia-Myalgia Syndrome", 1990

14. Pan, Y., Rea, W.J., Johnson, A.R. Fenyves, E. J.: "Formaldehyde Sensitivity", *Clinical Ecology,*  Vol. Vi, No. 3, 1990

15. Pan, Y., Rea, W.J., Johnson, A.R.: "Aliphatic Hydrocarbon Solvents in Chemically Sensitive Patients", *Associacion Medica de Puerto Rico,* Vol. 83, No.7, pp. 316-320, July 1991.

16. Kuehn, Kevin A., Johnson, A.R., Rea, W.J.: "Ascomycetes: A Potential Aeroallergen?" Submitted to *Proceedings of the Texas Academy of Science 94th Annual Meeting,* Stephen F. Austin University, 1991.

17. Kuehn, Kevin A., Johnson, A.R., Rea, W.J.: "Preliminary Observation on the Airborne Mycofloral Component within the North Dallas, Texas Metropolitan Area"*, Environmental Medicine, Vol. 8, No. 4, pp. 121-127, 1991*

18. Shirakawa, S., Rea, W.JL, Ishikawa, S., Johnson, A.R.: "Evaluation of the Autonomic Nervous System Response by Pupillographical Study in the Chemically Sensitive Patient", *Environmental Medicine,* Vol. 8, No. 4, pp. 121-127, 1991.

19. Rea, William, J. Johnson, Alfred R., Ross, G.H., Butler, J.R, Fenyves, E. J. Griffiths, B., Laseter, J: "Considerations for the Diagnosis of Chemical Sensitivities" (Addendum to *Biologic Markers in Immunotoxicology)* National Academy Press, 1992.

20. Kuehn, Kevin A., Garrison, R., Robertson, L. Koehn, R.D., Johnson, A.R., Rea, W.J.: "Identification of Airborne Microfungal Populations from Home Environments within the Dallas-Fort Worth, Texas region" *Indoor Environment , I* Vol. 1, No. 5, 1992, pp. 285-292, Karger A.G., Basel, Switzerland.

<u>CURRICULUM VITAE</u>

Alfred R. Johnson, D.O.

21. Simon, T.R., Hickey, D.C., Rea, W.J., Johnson, A.R. Ross, G.H., Fincher, C., Harrell, E.H., Kettlehut, M.: "Breast Implants And Organic Solvent Exposure Can Be Associated With Abnormal Cerebral SPECT Studies In Clinically Impaired Patients", Radiological Society of North America, 1992. *Radiology* 185-234, 1992.

22. Simon, T.R., Hickey, D.C., Fincher, C., Johnson, A.R. Ross, G.H., Rea, W.J.: "Single Photon Emission Computed Tomography of the Brain In Patients With Chemical Sensitivities", *Toxicology and Industrial Health.*

23. Rea, W.J., Pan, Y., Johnson, A.R. Ross, G.H. Suyama, H., Fenyves, E.: "Reduction of Chemical Sensitivity by Means of Heat Depuration, Physical Therapy and Nutritional Supplementation in a Controlled Environment", *Journal of Nutritional and Environmental Medicine,* Vol. 6, No. 2, p. 141, June 1996.

24. Ross, G.H., Rea, W.J., Johnson, A.R., Hickey, D.C., Simon, T.R.: "Neurotoxicity in SPECT Brain Scans of Patients Reporting Chemical Sensitivities". Presented at Multiple Chemical Sensitivity: Problems for Science and Society, American Chemical Society: Agrochemical Division, Boston, Massachusetts, and August 25, 1998.

## **LECTURES:**

February 16, 1984: Second Annual International Symposium on Man and His Environment in Health and Disease, Dallas, Texas

May 9, 1984: Texas Osteopathic Medical Association, Houston, Texas

August 20, 1984: Third International Conference on Indoor Air Quality and Climate, Stockholm, Sweden

October 11, 1984: Nineteenth Annual Meeting, American Academy of Environmental Medicine, Chicago, Illinois

January 21, 1985: First Purdue Frederick Symposium on Methylxanthine Therapy, Boca Raton, Florida.

February 21, 1985: Third Annual International Symposium on Man and His Environment in Health and Disease, Dallas, Texas

March 29, 1985: The Yeast-Human Interaction 1985, San Francisco, California.

April 11, 1985: "The Second Annual Buz Cobb Colloquium on Rehabilitation and Behavioral Medicine", Lubbock, Texas

April 18, 1985: Southwestern Psychological Association, 31st Annual Conference, Austin, Texas

May 7, 1985: Guest lecturer at the May meeting of the North Dallas Kiwanis Club, Dallas, Texas

## CURRICULUM VITAE

Alfred R. Johnson, D.O.

June 14, 1985: Ohio Osteopathic Association, Environmental Illness Workshop, Columbus, Ohio

November 1, 1985: American Academy of Environmental Medicine, 20th Annual Meeting, Phoenix, Arizona

January 18, 1986: "Cardiovascular Disorders", Texas Institute of Fitness, Dallas, Texas

February 5, 1986: "Articular Strains", Dallas Memorial Hospital, Dallas, Texas

February 27, 1986: Fourth Annual International Symposium on Man and His Environment in Health and Disease, Dallas, Texas

March 20, 1986: Education Meeting, sponsored by District V, Texas Osteopathic Medical Association, Dallas, Texas

May 7, 1986: Texas Medical Association, 119th Annual Session, Dallas, Texas

June 18, 1986: "Preventive Medicine" presented to the public, sponsored by Northeast Community Hospital, Bedford, Texas

October 25, 1986: "Asthma" presented to the public, sponsored by Northeast Community Hospital, Bedford, Texas

November 6, 1986: National Epstein - Barr virus Conference, Austin, Texas

February 4, 1987: Public lecture sponsored by Beckley Center Faculty, Dallas Independent School District, Dallas, Texas

February 26, 1987: Fifth Annual International Symposium on Man and His Environment in Health and Disease, Dallas, Texas

May 5, 1987: Public lecture sponsored by the Dean Learning Center, Dallas, Texas

August 17, 1987: Indoor Air '87, West Berlin, Germany

October 29, 1987: American Academy of Environmental Medicine, 22nd Annual Meeting, Nashville, Tennessee

November 5, 1987: Chronic Epstein Barr Virus Syndrome Association, Annual Meeting, Portland, Oregon

December 4, 1987: American Academy of Environmental Medicine, 12th Instructional Course in Clinical Ecology, Part III, Advanced, Denver, Colorado

February 25, 1988: Sixth Annual International Symposium on Man and His Environment in Health and Disease, Dallas Texas

### CURRICULUM VITAE

Alfred R. Johnson, D.O.

March 4, 1988: "Chemical Sensitivity and the Rural Area", Physicians in San Saba, Texas

March 14, 1988: Parents of ADD and Hyperactive Children's Group, DeSoto, Texas

March 17, 1988: Radio Talk Show, interviewed by Dr. Hoffman, New York

April 21, 1988: Pioneer Park Medical Center, Irving, Texas

June 30, 1988: Texas College of Osteopathic Medicine, "Hospital Education", Fort Worth, Texas

December 2, 1988: American Academy of Environmental Medicine, 13th Instructional Course in Clinical Ecology, Part III, Advances, Cleveland, Ohio

February 17, 1989: American Academy of Environmental Medicine, 14th Instructional Course in Clinical Ecology, Part III, Advanced, Baltimore, Maryland

July 28, 1989: American Academy of Environmental Medicine, 14th Instructional Course in Clinical Ecology, Part III, Advanced, Denver, Colorado

September 9, 1989: Eighth World Clean Air Congress, "Environmental Illness". Den Hang, Netherlands

September 26, 1989: Family Hospital Staff Meeting: "Environmental Sensitivities-Chemicals, Foods, Inhalants", Amarillo, Texas

October 3, 1989: Tri-City Health Center, Intern Training Lecture Series: "Environmental Illness, Part 1", Dallas, Texas

November 4, 1989: Missouri Osteopathic Physicians and Surgeons--Regional Fall Symposium, "Environmental Illness", Springfield, Missouri

December 19, 1989: Tri-City Health Center, Intern Training Lecture Series, "Environmental Illness-Part II", Dallas, Texas

January 16, 1990: Crowley Town Hall Meeting, "Medical Effects of Chemical Contaminants", Crowley, Texas

January 31, 1990: Women in Communication, Inc. "Physical Stress That Reduces Effectiveness", Dallas, Texas

February 6, 1990: Tri-City Health Center Intern Lectures Series, "Environmental Illness-Part II", Dallas, Texas

February 22, 1990: Eighth Annual International Symposium on Man and His Environment in Health and Disease, "Evaluation of the Autonomic Nervous System Response by Pupillographical Study in the Chemically Sensitive Patient", and "The Effect of Sauna Physical Therapy and Environmental Control on Clearing Aliphatic Hydrocarbon Solvents from the Body", Dallas Texas

## CURRICULUM VITAE

Alfred R. Johnson, D.O.

March 14, 1990: Sierra Club, "Health Effects of Air Pollution", Dallas, Texas.

April 19, 1990: Earth Fair, Earth Day, "Indoor Air Pollution", Dallas, Texas

May 2, 1990: Texas Osteopathic Association Annual Meeting: "Polysmptomatic Patient, Is it Environmental Illness?" and "Texas State Board of Medical Examiner-Procedural Process", El Paso, Texas

May 10, 1990: KXAS-TV (NBC Affiliate), "Indoor Air Pollution", Dallas, Texas

June 6, 1990: Gary Null Show, "Indoor Air Pollution" American Radio Network and Pacifica Network

June 25, 1990: International Neuro-Ophthalmology Symposium, "Evaluation of the Autonomic Nervous System Responses by Pupillographical Study in the Chemically Sensitive Patient", Winchester, England

July 27, 1990: American Academy of Environmental Medicine, Fifteenth Instructional Course in Clinical Ecology, Program Chairman, Facilitator, "Toxicology-Application to Environmental Medicine" and "Booth Testing", Minneapolis, Minnesota

November 1, 1990: Dallas Association of Assistants, Experts Seminar, "What is a D.O.?" Dallas, Texas

November 26, 1990: Task Force of City of Dallas Environmental Health Commission, "Potential Health Hazards of Aerial Malathion Spraying", Dallas, Texas

February 12, 1991: Texas Osteopathic Medical Association, District VI, Houston, Texas

February 19, 1991: Top O' Texas Osteopathic Medical Association: "Chronic Disease and Its Relationship to Environmental Factors", Dallas, Texas

February 19, 1991: The Gary Null Show: "The Environment and Health", American Radio Network

March 2, 1991: Ninth Annual International Symposium on Man and His Environment in Health and Disease: "Evaluation of the Autonomic Nervous System Responses by Pupillographical Study in the Chemically Sensitive Patient", Dallas Texas

April 18, 1991: The Osteopathic College of Ophthalmology and Otorhinolaryngology, 1991's Updates Ear, Nose, Throat and Facial Plastics: "Additional Allergenic Factors in the Ear, Nose, and Throat Patient", and "Chemical Sensitivity in the Allergic Patient", Monterey, California

July 26, 1991: American Academy of Environmental Medicine Sixteenth Instructional Course in Environmental Medicine, Part III, Advanced: "Toxicology Basics", "Indoor Pollution", and "Booth Testing", Schaumberg, Illinois

CURRICULUM VITAE

Alfred R. Johnson, D.O.

October 11, 1991: Third Scientific Assembly for Environmental Health: "Aliphatic Hydro-carbon Solvents in Chemically Sensitive Patients" and "Treating Patients with Chemical Exposure", Columbus, Ohio

February 21, 1992: Texas Air Control Board, Hearing on Allowable Emissions from Solid Fossil Fuel-Fired Steam Generators: "Effect of Sulfur Dioxide Emissions in Humans".  Austin, Texas

February 27, 1992: Tenth Annual International Symposium on Man and His Environment in Health and Disease: "The Role of Functional Brain Imaging in the Chemically Exposed Individual", and "Effects of Environmental Factors on Aging", Dallas, Texas

March 22, 1992: Pan American Allergy Society Training Course: "Indoor Control of Dusts, Molds, and Pollen", Houston, Texas

April 4, 1992: Physiologic Imaging of the Nervous System Workshop and Symposium: "The Use of Scintigraphy in Patients with Chronic Fatigue Syndrome and Environmental Sensitivity", Dallas, Texas

April 7, 1992: University of Texas Health Sciences Center at San Antonio, Division of Pulmonology, Allergy and Critical Care Medicine: "Neurotoxicity and Chemical Hypersensitivity", San Antonio, Texas

April 11, 1992: National Osteopathic Health Conference: "The Chronic Patient: Is There an Underlying Environmental Trigger", Lake Ozark, Missouri

April 16, 1992: Texas Department of Transportation: "Indoor Air 'Quality, How it Affects Health", Dallas, Texas

May 15, 1992: American College of Advancement in Medicine: "Food Allergy and Chronic Bowel Disorders", Dallas, Texas

July 31, 1992: American Academy of Environmental Medicine, Instruction Course-Advanced: "Toxicology and Clinical Effects", "Indoor Pollution", "Outdoor Pollution", and "Clinical Challenge Testing", Dallas, Texas

October 21, 1992: Brainworks: "How Allergies Affect Attention Span". Dallas Texas

January 19, 1993: Garland Business and Professional Women's Club: "Protecting Yourself from Environmental Hazards", Garland, Texas

February 25, 1993: Eleventh Annual International Symposium on Man and His Environment in Health and Disease: "Osteopathic Approach to Autonomic Nervous System Dysfunction, and "Gulf War Panel—Overview of Type of Exposures", Dallas, Texas

March 31, 1993: Pan American Allergy Society Training Course: "Reduction of Indoor Air Pollutants", Houston, Texas

## CURRICULUM VITAE

Alfred R. Johnson, D.O.

April 29, 1993: American Academy of Environmental Medicine: "Chemical Exposure, Toxicity and Sensitivity", Program Director, Schaumberg, Illinois

June 22, 1993: Tri-City Hospital Interns: "Malpractice, How to Avoid, What to Do", Dallas, Texas

October 9, 1993: American Academy of Environmental Medicine: "The Effects of Chemical Sensitivity of Endocrine Function, and "immunologic and Endocrine Function Testing in Chemical Sensitivities", Reno, Nevada

February 24, 1994: Twelfth Annual International Symposium on Man and His Environment in Health and Disease: "Female Hormone Effects on the Environmentally Sensitive Patient", Dallas, Texas

April 8, 1994: University of Osteopathic Medicine and Health Sciences, Environmental Allergy Update: "PMS Treatment Considering Environmental Factors", Des Moines, Iowa

April 28, 1994: American Academy of Environmental Medicine Part I Instructional Course: "Chemical Sensitivity", Part III, "Food and Water Contamination", "indoor Pollution" and "Patient Evaluation and Legal Documentation". Kansas City, Missouri

May 5, 1994: Trammel Crow Employees Health Seminars Series, "Allergies", Dallas, Texas

February 23, 1995: Thirteenth Annual International Symposium on Man and His Environment in Health and Disease: "Autonomic Nervous System Effects to Heat Depuration Therapy—Measured by Iriscorder". Dallas, Texas

March 15, 1995: Pan American Allergy Society, 39th Annual Training Course and Seminar: "Immunological Basis of Chemical Sensitivity", San Antonio, Texas

August 31, 1995: Multiple Modalities of Orthomolecular, Bio-Ecologic, and Nutritional Medicine: "Chemical Exposure—Impact on the Immune System" and "Nutritional Approach to Chemically Sensitivity Person", Athens, Greece

February 22, 1996: Annual International Symposium on Man and His Environment: "The Correlation of Diagnostic Testing Involving Central Nervous System Dysfunction with Solvent Exposure", Dallas, Texas

April 18, 1996: American Academy of Environmental Medicine Instructional Course, Environmental Medicine in Everyday Practice Section: "An Overview of Chemical Sensitivity Mechanisms, Assessment and Treatment", Course Director on Chemical Exposure, Toxicity and Sensitivity: "Comprehensive History Taking and Physical Examination", "Medical-Legal Aspects of Treating Chemical Toxicity and Sensitivity, Workers Compensation, Social Security Disability, and the Americans with Disabilities Act (ADA)", "Inhaled Chemical Challenge Testing (Booth Challenge Testing)", Dearborn, Michigan

March, 21, 1999: American Academy of Environmental Medicine Instructional Course: "Recognition and Assessment of Toxic Exposure Effects and Chemical Sensitivity", "Indoor

## CURRICULUM VITAE

Alfred R. Johnson, D.O.

Air Pollution-The Effects and Assessment" "Treatment of the Chemically Exposed" and "Diagnostic Coding", St. Charles, Illinois

March 24, 2000: American Academy of Environmental Medicine Instructional Course: "Overview of Toxicology", "Governmental Agencies as They Apply to Occupational and Environmental Medicine", "Recognizing the Manifestation of Chemical Toxicity and Sensitivity" and "Indoor Air Pollution" and Round Table with Questions and Answers, Kansas City, Missouri

March 8, 2001: Pan American Allergy Society Annual Training Course: "Toxicology" and "Electronic Medical Records", Fredericksburg, Texas

March 29, 2001: American Academy of Environmental Medicine Instructional Course: "Overview of Toxicology", "Recognizing the Manifestations of Chemical Toxicity and Sensitivity" and "Pulmonary Function Testing, Booth and Chemical Testing", Colorado Springs, Colorado

August 17, 2001: Pan American Allergy Society 2001 Summer Training Course, "Getting to the Cause" and "Management of Medical Emergencies", Fredericksburg, Texas.

March 15, 2002: Pan American Allergy Society, 2002 Training Course: "Comprehensive Care of Allergic Patients", and "Medical Management of Mold Exposures", San Antonio, Texas

August 15, 2002: Pan American Allergy Society 2002 Summer Training Course: "Management of Medical Emergency" and "Electronic Medical Record". San Antonio, Texas.

March 9, 2006:  Pan American Allergy Society 2006 Meeting:  "Porphyria", Grapevine, Texas.

### ATTENDANCE LOG OF CONFERENCES, SYMPOSIA

February 10, 1983: First Annual International Symposium on Man and His Environment in Health and Disease, Dallas, Texas

March 8, 1983: Pan American Allergy Society, San Antonio, Texas

March 19, 1983: American Academy of Environmental Medicine, 19th Annual Meeting, Hollywood, Florida

October 21, 1983: American Academy of Otolaryngic Allergy, Anaheim, California

October 23, 1983: American Osteopathic Association, 88th Annual Convention and Scientific Seminars, New Orleans, Louisiana

November 4, 1983: Society for Clinical Ecology, Colorado Springs, Colorado

November 7, 1983: American College of Osteopathic Internists, 43rd Annual Convention and Scientific Sessions, Phoenix, Arizona

## CURRICULUM VITAE

Alfred R. Johnson, D.O.

April 7, 1984: American College of Allergists, 40th Annual Congress, San Francisco, California

May 9, 1984: Texas Osteopathic Medical Association Annual Meeting, Houston, Texas

November 4, 1984: American Osteopathic Association, 89th Annual Convention and Scientific Seminars, Las Vegas, Nevada

May 3, 1985: Texas Osteopathic Medical Association Annual Meeting, Houston, Texas

May 2, 1986: Texas Osteopathic Medical Association Annual Meeting, Corpus Christi, Texas

April 22, 1987: Texas Osteopathic Medical Association Annual Meeting, Austin, Texas

September 17, 1987: American College of Osteopathic Internists, 47th Annual Convention and Scientific Sessions, Scottsdale, Arizona

December 4, 1987: American Academy of Environmental Medicine 12th Instructional Course, Part III, Advanced, Denver, Colorado

April 22, 1988: American Academy of Environmental Medicine, Interim Board Meeting, Lacrosse, Wisconsin

April 27, 1988: Texas Osteopathic Medical Association Annual Meeting, Galveston, Texas

May 13, 1988:  Medical University of South Carolina, Pro-Sanctions: "Legal Issues and Defensive Strategies", Charleston, South Carolina

August 15, 1988: Emory University School of Medicine, CME. "A Comprehensive Board Review in Internal Medicine" Atlanta, Georgia

October 15, 1988: "Chemical Sensitivity in the Allergic Patient", 33rd Annual Mid-Year Conference, Fort Worth, Texas

October 22, 1988: American Academy of Environmental Medicine, 22nd Scientific Session, 23rd Annual Meeting, Incline Village, Nevada

February 23, 1989: Seventh Annual International Symposium on Man and His Environment in Health and Disease, Dallas Texas

March 8, 1989: Pan American Allergy Society Training Course and Seminar, San Antonio, Texas

April 27, 1989: Texas Osteopathic Medical Association Annual Convention, Arlington, Texas

May 5, 1989: American Academy of Environmental Medicine, Instructional Course in Clinical Ecology, Part II, Intermediate, St. Louis, Missouri

June 3, 1989: Texas Osteopathic Medical Association, Long-Range Planning Committee, Austin, Texas

## CURRICULUM VITAE

Alfred R. Johnson, D.O.

October 6, 1989: Texas Osteopathic Medical Association, Mid-Year Conference, Arlington, Texas.

April 26, 1990: Federation of State Medical Boards of the Unites States, Birmingham, Alabama.

May 2, 1990: Texas Osteopathic Medical Association 91st Annual Convention and Scientific Seminal, El Paso, Texas

September 4, 1990: Internal Medicine Board Certification Review, Dallas, Texas

April 25, 1991: Federation of State Boards of the United States, Seattle, Washington

May 2, 1991: Texas Osteopathic Medical Association 92nd Annual Convention and Scientific Seminar, San Antonio, Texas

October 23, 1991: American College of Osteopathic Internists Annual Conference, Jacksonville, Florida

October 25, 1991: American Academy of Environmental Medicine 26th annual Conference, Jacksonville, Florida

December 7, 1991: Texas Osteopathic Medical Association Mid-Year Conference, Arlington, Texas

April 23, 1992: U.S. Federation of State Medical boards of the U.S., Boston, Massachusetts

April 28, 1992: Texas Osteopathic Medical Association 93rd Annual Convention and Scientific Seminar, Corpus Christi, Texas

September 11, 1992: Internal Medicine Board Certification Review, Chicago, Illinois

March 13, 1993: American Academy of Disability Evaluating Physicians Overview Course, San Antonio, Texas

September 18, 1993: American Academy of Disability Evaluating Physicians Clinical Training Program, Chicago, Illinois

February 10, 1995: Texas Osteopathic Medical Association 39th Mid-Winter Conference and Legislative Symposium, Dallas, Texas

June 15, 1995: Texas Osteopathic Medical Association 96th Annual Convention and Scientific Seminar, Dallas, Texas

September 29, 1995: American Academy of Environmental Medicine 30th Annual Meeting, Tucson, Arizona

## CURRICULUM VITAE

Alfred R. Johnson, D.O.

February 9, 1996: American Academy of Disability Evaluating Physicians AMA Guides Training Course, Dallas, Texas

February 22-25, 1996: Fourteenth Annual International Symposium on Man and His Environment in Health and Disease, Dallas, Texas

April 18-20, 1996: American Academy of Environmental Medicine in Everyday Practice--Part I and III, Dearborn, Michigan

September 4-7, 1996: American College of Allergy, Asthma and Immunology, Third Annual Aspen Environmental Medicine Conference, Aspen, Colorado

November 7-9, 1996: American Academy of Disability Evaluating Physicians Tenth Annual Scientific Session, Dallas, Texas

February 20-23, 1997: Fifteenth Annual International Symposium on Man and His Environment in Health and Disease, Dallas, Texas

June 26-29, 1997: American Biologics, USA, 9th International Symposium, Integrative Medicine, Lago Maggiore, Italy

June 17-20, 1999: Texas Osteopathic Medical Association 100th Annual Convention and Scientific Seminar, Dallas, Texas

October 6-10, 1999: American College of Osteopathic Internists, 1999 Annual Convention and Scientific Sessions, La Quinta, California

November 9, 1999: Tri-City Hospital "Medical Ethics in the Treatment and Diagnosis of Depression", Dallas, Texas

January 28-30, 2000: Texas Osteopathic Medical Association, 44th Mid-winter Conference and Legislative Symposium, Dallas, Texas

March 8-12, 2000: Pan American Allergy Society Training Course and Seminar, San Antonio, Texas

July 7-8, 2000: American Academy of Disability Evaluating Physicians AMA Guides Advanced Training, Dallas, Texas

September 28-October 1, 2000: American Academy of Environmental Medicine 35th Annual Meeting, "Add Life to Your Years and Years to Your Life", Hilton Head Island, South Carolina

March 7-11, 2001: Pan American Allergy Society, 2001 Training Course and seminar, San Antonio, Texas

March 29-April 3, 2001: American Academy of Environmental Medicine, Instructional Course Part III, Colorado Springs, Colorado

## CURRICULUM VITAE

Alfred R. Johnson, D.O.

August 16-17, 2001: Pan American Allergy Society, 2001 Summer Course, Fredericksburg, Texas

October 18-21, 2001: American Academy of Environmental Medicine 36th annual Meeting: "The Growing Impact of Chemical Exposure Upon Health in the 21st Century". Colorado Springs, Colorado

February 8-10, 2002: Texas Osteopathic Medical Association 46th Mid-winter Conference and Legislative Symposium, Dallas, Texas

March 14-17, 2002: Pan American Allergy Society, 2002 Training Course and Seminar: "Comprehensive Care of Allergic Patients", San Antonio, Texas

August 15-16, 2002: Pan American Allergy Society, 2002 Summer Training Course, San Antonio, Texas

March 13-16, 2003: Pan American Allergy Society, 2003 Training Course and Seminar. Dallas, Texas.

June 3, 2003: Johnson Medical Associates, PA Seminar: Natural Hormone Therapy: Richardson, Texas

August 26, 2003: Johnson Medical Associates, PA Seminar: Natural Hormone Therapy: Richardson, Texas.

January 15-19, 2004: Training for Hyperbaric Oxygen Therapy, ATMOS in San Antonio, Texas.

February 6-7, 2004: Texas Osteopathic Medical Association 48th Mid-Winter Conference and Legislative Symposium, Dallas, Texas.

March 11-14, 2004: Pan American Allergy Society Training Course and Seminar, Dallas, Texas.

June 7-9, 2004: Texas Osteopathic Medical Association 49th Mid-Winter Conference and Legislative Symposium, Dallas, Texas.

March 4-6, 2005: AABD Dental Conference, Irving, Texas.

March 16-19, 2005: Pan American Allergy Society Training Course and Seminar, Grapevine, Texas

September 18, 2005: International ATMOS: Hyperbaric Oxygen Medical Course, San Antonio, Texas.

January 27, 2006: Texas Osteopathic Medical Association 46th Practice Management Conference, Dallas, Texas.

## CURRICULUM VITAE

Alfred R. Johnson, D.O.

March 5, 2006: Metagenics Seminar: Autoimmune Diagnosis, Dallas, Texas.

March 9-11, 2006: Pan American Allergy Society: Training Course and Seminar, Grapevine, Texas.

June 14-15, 2006: Texas Osteopathic Medical Association 107th Annual Conference, Dallas, Texas

June 16-18, 2006: New Autism Texas Paradigm conference, Dallas, Texas.

October 9, 2006: DAN Conference and Hyperbaric Oxygen Training for Autism, Seattle, Washington.

February 9-11, 2007: Texas Osteopathic Medical Association 51st Mid-Winter Conference and Legislative Symposium, Dallas, Texas.

March 15-18, 2007; Pan American Allergy Society Annual Training Course and Seminar: "Food Allergy Treatment and Diagnosis Using Sublinqual Therapy"; Gaylord Texan, Grapevine, Texas.

February 8-10, 2008; Texas Osteopathic Medical Association 52nd Mid-Winter Conference and Legislative Symposium; "Risk Management Education" at the Westin Park Central, Dallas, Texas.

March 13-16, 2008; Pan American Allergy Society 2008 Training Course and Seminar: "Meeting the Challenges of Allergy in the 21st Century" at the Woodlands, Texas.

June 20, 2008; Texas Osteopathic Medical Association Summer Conference, Houston, Texas.

February 6-8, 2009; Texas Osteopathic Medical Association 53rd Mid-Winter Conference and Legislative Symposium on "Medical Ethics and/or Professional Responsibility", Dallas, Texas with 17.75 hours of Category 1-A CME credits.

March 12-15, 2009:  Pan American Allergy Society Annual Training Course and Seminar: "Hormonal Therapies and Allergy Treatment"; Woodlands, Texas.

June 11-14, 2009:  Texas Osteopathic Medical Association Summer Conference, Arlington Convention Center, Arlington, TX.    Associate sponsor was American Osteopathic Association.

February 12-14, 2010:  Texas Osteopathic Medical Association 54th MidWinter Conference and Legislative Symposium, West Park Central Hotel, Dallas, TX.  17.75 hours of Category 1-A CME credits, including 1 hr. of education in medical ethics and/or professional responsibility.  This is also approved for 14.75 CME credits by American Academy of Family Physicians.  4 hrs. CME for Risk Management Education taken at this same course.

## CURRICULUM VITAE

### Alfred R. Johnson, D.O.

March 11-14, 2010:  Pan American Allergy Society 2010 Training Course and Seminar at the Woodlands, TX and received 11 hours of Category I credit toward AMA Physicians Recognition Award including 1 hr of ethics "Medical Board Reform in Texas and Nationwide".

June 3 – 6, 2010:   University of North Texas Health Science Center – 28th Annual International Symposium on Man and His Environment in Health and Disease:   The Chemical Mechanisms Leading to EMF Sensitivity – Received 24.5 hrs in Category 2A American Osteopathic Association.

June 17-20, 2010:  Texas Osteopathic Medical Association Summer Conference in Ft. Worth, Texas at the Renaissance Worthington Hotel Conference Center.  Associate sponsor was the American Osteopathic Association.

November 6, 2010 – Advanced Clinical Therapies for Women's Health conference in Dallas, Texas.   This was a Metagenics Educational program and the speaker was Dr. Deanna Minich.

January 27-28, 2011 – Physician Assessment and Clinical Education Program titled Medical Record Keeping Course sponsored by the UC San Diego School of Medicine at the Handlery Hotel in San Diego, CA.  This activity was designated for 17.0 AMA PRA Category 1 Credits.

February 11-13, 2011 – Texas Osteopathic Medical Association 55th Mid Winter Conference 2011 and received 15, 1, 0, 6 (1-A CME, 1-A Medical Ethics and/or Professional Responsibility, 1-A Outcomes Measure Survey, 1-A Practice Management ) credits of Category 1-A CME and was approved for 14.75 CME credits by the American Academy of Family Physicians.

March 18-22, 2011 – American Academy of Allergy, Asthma & Immunology (AAAAI) annual meeting in San Francisco, CA and received 24.50 AMA PRA Category 1 Credits. "Respiratory Viruses and Asthma: Mechanisms and Therapeutic Products", Mast Cell Disorders, Immune Therapy for Immunodeficiency, Happy 30th Birthday IVIG – What Have we Learned?, Anti-Inflammatory Lipid Mediator Pathways:  Next in Line for Therapeutic Development; Food Allergy; Polyvalent DNA; New Insights into Mold Exposure and Allergic Disease; Immune Dysregulation and Immunomodulation of Chronic Rhinosinusitis; Bugs in the Origins of Asthma and Allergy; Intradermal Skin Testing; Anaphyloaxis and Drug Allergy; EORD – Environmental, Occupational, and Respiratory Diseases, IVIG and Patient Care; Immune Tolerance to Allergic Disease and New Genetic Defects Causing Primary Immune Deficiency.   24.50 CME's.

## **VERIFICATION**

IT IS HEREBY Verified that under the penalties of perjury that the foregoing First Supplemental Plaintiff's Objections to Findings, Conclusions and Recommendation of Magistrate Judge is true and correct to the best of my knowledge and belief.

Witness my hand and seal this _18_ day of April, 2011.

Barbara Jeanne Altemeier

## CERTIFICATE OF SERVICE

IT IS HEREBY Certified that a copy of the aforementioned First Supplemental Plaintiff's Objections to Findings, Conclusions and Recommendation of Magistrate Judge was sent by First Class Mail on the __*13*__ day of April, 2011 to the Defendants below.

Barbara Jeanne Altemeier

Ronald G. Acho
Cummins, McClorey, Davis & Acho PLC
33900 Schoolcraft
Livonia, MI  48150

G. Gus Morris
McGraw Morris P.C.
2075 W. Big Beaver Road Suite 750
Troy, Michigan  48084

Craig Watkins, District Attorney
Tammy Jean Ardolf, Assistant District Attorney
Dallas County Criminal District Attorney's Office
Federal Section
133 N. Riverfront Blvd., LB 19
Dallas, Texas  75207-4399

Thomas P. Perkins, Jr., Dallas City Attorney
Jason G. Schuette, Executive Assistant City Attorney
James C. Butt, Assistant City Attorney
City Attorney's Office
1500 Marilla Street, Room 7B North
Dallas, Texas  75201

Winston L. Borum
Borum & Hancock, L.L.P.
2485 Burnett Plaza
801 Cherry Street, Unit # 14
Fort Worth, Texas  76102

Misuse may be a violation of federal law . This packaging is not for resale. EP13F © U.S. Postal Service; Oct. 2008; All rights reserved.

home or office at usps.com/pickup

**Print postage online – Go to usps.com/postageonline**

PLEASE PRESS FIRMLY

## EXPRESS MAIL
UNITED STATES POSTAL SERVICE

## Flat Rate
## Mailing Envelope
*For Domestic and International Use*

**Visit us at usps.com**

PLEASE PRESS FIRMLY

U.S. POSTAGE
PAID
GARDEN GROVE, CA
92842
APR 18
AMOUNT
$18.30
0001 6434-07

When used internationally
affix customs declarations
(PS Form 2976, or 2976A).

ENVELOPE

1007

## EXPRESS MAIL
UNITED STATES POSTAL SERVICE™

Addressing Label
Label 11-B, March 2004

### Post Office To Addressee

**DELIVERY (POSTAL USE ONLY)**

| Delivery Attempt | Time | Employee Signature |
| --- | --- | --- |
| Mo. Day | ☐ AM ☐ PM | |
| Delivery Attempt | Time | Employee Signature |
| Mo. Day | ☐ AM ☐ PM | |
| Delivery Date | Time | Employee Signature |
| Mo. Day | ☐ AM ☐ PM | |

**CUSTOMER USE ONLY**

☐ **WAIVER OF SIGNATURE** (Domestic Mail Only)
Additional merchandise insurance is void if
customer requests waiver of signature.
I wish delivery to be made without obtaining signature
of addressee or addressee's agent (if delivery employee
judges that article can be left in secure location) and I
authorize that delivery employee's signature constitutes
valid proof of delivery.

**NO DELIVERY**
☐ Weekend ☐ Holiday

Mailer Signature

TO: (PLEASE PRINT)   PHONE ( )

ZIP + 4 (U.S. ADDRESSEES ONLY, DO NOT USE FOR FOREIGN POSTAL CODES.)

FOR INTERNATIONAL DESTINATIONS, WRITE COUNTRY NAME BELOW.

**ORIGIN (POSTAL SERVICE USE ONLY)**

| PO ZIP Code | | Day of Delivery | Postage |
| --- | --- | --- | --- |
| | | ☐ Next ☐ 2nd ☐ 2nd Day | $ |
| Date Accepted | | Scheduled Date of Delivery | Return Receipt Fee |
| Mo. Day Year | | Month Day | $ |
| Time Accepted | ☐ AM ☐ PM | Scheduled Time of Delivery ☐ Noon ☐ 3 PM | COD Fee   Insurance Fee   $   $ |
| Flat Rate ☐ or Weight | | Military ☐ 2nd Day ☐ 3rd Day | Total Postage & Fees $ |
| lbs. ozs. | | Int'l Alpha Country Code | Acceptance Emp. Initials |

FROM: (PLEASE PRINT)   PHONE ( )

**FOR PICKUP OR TRACKING**
Visit **www.usps.com**
Call **1-800-222-1811**



USPS packaging products have been
awarded Cradle to Cradle Certification℠
for their ecologically-intelligent design.
For more information go to
mbdc.com/usps

Cradle to Cradle Certified™ is a certification mark of MBDC.

**Please recycle.**