IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION



| | |
|---|---|
| BARBARA JEANNE ALTEMEIER, § | |
| § | |
| PLAINTIFF, § | |
| § | |
| v. § | No. 3:10-CV-02646-N (BK) |
| § | |
| DALLAS COUNTY, TEXAS (1); et al., § | |
| § | |
| DEFENDANTS. § | |

### PLAINTIFF'S NOTICE TO CLERK OF CLERICAL ERROR:
### NATURE OF SUIT CODE:

NOW COMES Barbara Jeanne Altemeier, Plaintiff, to file this Plaintiff's Notice to Clerk of Clerical Error: Nature of Suit Code and would show the Court the following to wit:

Plaintiff filed a Complaint in the U.S. District Court for the Central District of California as Cause #8:10-CV-01692-JVS (AGR) on November 4, 2010 (see Docket Item #1). Filed with that Original Complaint was a **Civil Cover Sheet** (see attached two pages) which **specified in section VII. that the Nature of Suit code was 440 "Other Civil Rights"**.

On December 27, 2010, United States District Judge James V. Selena filed an Order Transferring Case to the U.S. District Court for the Northern District of Texas (see Docket Item #7). The case was electronically transferred to the U.S. District Court for the Northern District of Texas on December 29, 2010 as Cause #3:10-CV-02646-N-BK (see Docket Item #8).

However, **when the case was transferred to the U.S. District Court for the Northern District of Texas, the Clerk entered the wrong Nature of Suit code, entering instead code 555 "Prison Conditions"**.

Notably, Plaintiff is NOT A PRISONER—prisoners have very restricted rights to appeal their conditions under the United States Code, and Plaintiff's 42 U.S.C. Section 1983 and 1985 claims for deprivation of rights extend far beyond the conditions of her confinement at the Dallas County Jail, including perjury and false statements made by others seeking to deprive her of rights prior to her arrest--which resulted not only in Plaintiff's unlawful incarceration for 78 days, but also in Plaintiff being forced to spend nearly two years after her release from the Dallas County Jail as a fugitive in literal fear for her life due to the Michigan Defendants being unwilling to accommodate Plaintiff's long standing medical conditions.

Plaintiff only recently discovered the Nature of Suit code error in the above styled case.

Plaintiff has concern that the incorrect Nature of Suit code may mislead the Court regarding the nature of her suit. Notably, in Honorable Magistrate's Findings, Conclusions, and Recommendations (Docket Item #87 filed 3/31/2011), Honorable Magistrate states: "Plaintiff readily admits that her section 1983 claim is based on her depravation of rights while incarcerated in Dallas County Jail." (page 6) and "She also readily admits in her responses to the motions to dismiss that her claims are based on her depravation of rights while incarcerated in Dallas County Jail." (page 8). Plaintiff has Objected to both of these statements. Correcting the Nature of Suit code may clarify these issues for the Honorable Magistrate.

**Plaintiff requests that the Clerk correct the Nature of Suit code in the above styled case to 440 "Other Civil Rights", as was initially filed.**

THEREFORE, IT IS Prayed that the Clerk of the Court correct the Nature of Suit Code of the above styled case to 440, as was indicated on the Civil Cover Sheet filed with Plaintiff's Original Complaint in U.S. District Court for the Central District of California.

Respectively submitted,

*[signature]*

Barbara Jeanne Altemeier, Pro Se
13861 Yockey Street
Garden Grove, California  92844
(714) 379-9557

## VERIFICATION

IT IS HEREBY Verified that under the penalties of perjury that the foregoing Plaintiff's Notice to Clerk of Clerical Error: Nature of Suit Code is true and correct to the best of my knowledge and belief.

Witness my hand and seal this __19__ day of April, 2011.

*[signature]*

Barbara Jeanne Altemeier

## CERTIFICATE OF SERVICE

IT IS HEREBY Certified that a copy of the aforementioned Plaintiff's Notice to Clerk of Clerical Error: Nature of Suit Code was sent by First Class Mail on the _19_ day of April, 2011 to the Defendants below.

*Barbara Jeanne Altemeier*
Barbara Jeanne Altemeier

Ronald G. Acho
Cummins, McClorey, Davis & Acho PLC
33900 Schoolcraft
Livonia, MI  48150

G. Gus Morris
McGraw Morris P.C.
2075 W. Big Beaver Road Suite 750
Troy, Michigan  48084

Craig Watkins, District Attorney
Tammy Jean Ardolf, Assistant District Attorney
Dallas County Criminal District Attorney's Office
Federal Section
133 N. Riverfront Blvd., LB 19
Dallas, Texas  75207-4399

Thomas P. Perkins, Jr., Dallas City Attorney
Jason G. Schuette, Executive Assistant City Attorney
James C. Butt, Assistant City Attorney
City Attorney's Office
1500 Marilla Street, Room 7B North
Dallas, Texas  75201

Winston L. Borum
Borum & Hancock, L.L.P.
2485 Burnett Plaza
801 Cherry Street, Unit # 14
Fort Worth, Texas  76102

# UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
## CIVIL COVER SHEET

**I (a) PLAINTIFFS** (Check box if you are representing yourself ☑)
BARBARA JEANNE ALTEMEIER

**DEFENDANTS**
DALLAS COUNTY, TEXAS (1), et al.

**(b) Attorneys** (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)

BARBARA JEANNE ALTEMEIER, Pro se
13861 YOCKEY STREET, GARDEN GROVE, CA 92844-2663
PHONE: (714) 379-9557

**Attorneys (If Known)**
Not Known

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

- ☐ 1 U.S. Government Plaintiff
- ☑ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☑ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☑ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☑ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

- ☑ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify):
- ☐ 6 Multi-District Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☐ Yes ☑ No (Check 'Yes' only if demanded in complaint.)
**CLASS ACTION under F.R.C.P. 23:** ☐ Yes ☑ No   ☑ **MONEY DEMANDED IN COMPLAINT:** $ Total Actual & Punitive Damages

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
Civil Rights Violations: 42 U.S.C. §§ 1983, 1985 (3); Tort Action; RICO Violation; Title 28 U.S.C. §§ 1331, 1332, 1343, 1367

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 530 General | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 535 Death Penalty | |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 340 Marine | **BANKRUPTCY** | ☐ 540 Mandamus/ Other | ☐ 740 Railway Labor Act |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | ☐ 550 Civil Rights | ☐ 790 Other Labor Litigation |
| | ☐ 151 Medicare Act | | ☐ 423 Withdrawal 28 USC 157 | ☐ 555 Prison Condition | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 480 Consumer Credit | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 350 Motor Vehicle | | **FORFEITURE / PENALTY** | |
| ☐ 490 Cable/Sat TV | | ☐ 355 Motor Vehicle Product Liability | | ☐ 610 Agriculture | **PROPERTY RIGHTS** |
| ☐ 810 Selective Service | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 360 Other Personal Injury | **CIVIL RIGHTS** | ☐ 620 Other Food & Drug | ☐ 820 Copyrights |
| ☐ 850 Securities/Commodities/ Exchange | | | ☐ 441 Voting | | ☐ 830 Patent |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 160 Stockholders' Suits | ☐ 362 Personal Injury- Med Malpractice | ☐ 442 Employment | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 840 Trademark |
| ☐ 890 Other Statutory Actions | ☐ 190 Other Contract | ☐ 365 Personal Injury- Product Liability | ☐ 443 Housing/Acco- mmodations | | **SOCIAL SECURITY** |
| ☐ 891 Agricultural Act | ☐ 195 Contract Product Liability | | ☐ 444 Welfare | | ☐ 861 HIA (1395ff) |
| ☐ 892 Economic Stabilization Act | | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 445 American with Disabilities - Employment | ☐ 630 Liquor Laws | ☐ 862 Black Lung (923) |
| ☐ 893 Environmental Matters | ☐ 196 Franchise | | | ☐ 640 R.R. & Truck | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 894 Energy Allocation Act | **REAL PROPERTY** | | | ☐ 650 Airline Regs | ☐ 864 SSID Title XVI |
| ☐ 895 Freedom of Info. Act | ☐ 210 Land Condemnation | **IMMIGRATION** | ☐ 446 American with Disabilities - Other | ☐ 660 Occupational Safety /Health | ☐ 865 RSI (405(g)) |
| ☐ 900 Appeal of Fee Determi- nation Under Equal Access to Justice | ☐ 220 Foreclosure | ☐ 462 Naturalization Application | | ☐ 690 Other | **FEDERAL TAX SUITS** |
| | ☐ 230 Rent Lease & Ejectment | ☐ 463 Habeas Corpus- Alien Detainee | ☑ 440 Other Civil Rights | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| | ☐ 240 Torts to Land | | | | |
| ☐ 950 Constitutionality of State Statutes | ☐ 245 Tort Product Liability | ☐ 465 Other Immigration Actions | | | ☐ 871 IRS-Third Party 26 USC 7609 |
| | ☐ 290 All Other Real Property | | | | |

**SACV10-1692 JVS(AGR)**

FOR OFFICE USE ONLY:   Case Number: _____

AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.

CV-71 (05/08)                              CIVIL COVER SHEET                              Page 1 of 2

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
CIVIL COVER SHEET

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed? ☒ No ☐ Yes
If yes, list case number(s): _____

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case? ☒ No ☐ Yes
If yes, list case number(s): _____

Civil cases are deemed related if a previously filed case and the present case:
(Check all boxes that apply) ☐ A. Arise from the same or closely related transactions, happenings, or events; or
☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or
☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or
☐ D. Involve the same patent, trademark or copyright, <u>and</u> one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named plaintiff resides.
☐ Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Orange County | N/A |

(b) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named defendant resides.
☒ Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| N/A | Dallas County, Texas or Muskegon County, Michigan |

(c) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** claim arose.
**Note: In land condemnation cases, use the location of the tract of land involved.**

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| N/A | Dallas County, Texas or Muskegon County, Michigan |

* Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties
Note: In land condemnation cases, use the location of the tract of land involved

X. SIGNATURE OF ATTORNEY (OR PRO PER): *Barbara Jeanne Keltepien* Date *November 3, 2010*

Notice to Counsel/Parties: The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |

PLEASE PRESS FIRMLY

ARE YOU MAKING 8 COPIES

# UNITED STATES POSTAL SERVICE

## EXPRESS MAIL

**Flat Rate Mailing Envelope**
*For Domestic and International Use*

Visit us at usps.com

Print postage online - Go to usps.com/pcs

**Addressee Copy**
Label 11-B, March 2004

**Post Office To Addressee**

### ORIGIN (POSTAL SERVICE USE ONLY)

PO ZIP Code: 714
Day of Delivery: ☐Next ☐2nd ☐2nd Del Day
Date Accepted
Mo. Day Year
Scheduled Date of Delivery
Month Day
Time Accepted ☐AM ☐PM
Scheduled Time of Delivery ☐Noon ☐3 PM
Flat Rate ☐ or Weight
lbs. ozs.
Military ☐2nd Day ☐3rd Day
Int'l Alpha Country Code

Postage $
Return Receipt Fee $
COD Fee $ Insurance Fee $
Total Postage & Fees $
Acceptance Emp. Initials

FROM: (PLEASE PRINT) PHONE ( )
Barbara Jeanne Altemeier
1306 Yockey St.
Garden Grove, CA 92841

### DELIVERY (POSTAL USE ONLY)

Delivery Attempt Mo. Day Time ☐AM ☐PM Employee Signature
Delivery Attempt Mo. Day Time ☐AM ☐PM Employee Signature
Delivery Date Mo. Day Time ☐AM ☐PM Employee Signature

### CUSTOMER USE ONLY

NO DELIVERY ☐Weekend ☐Holiday

☐ WAIVER OF SIGNATURE (Domestic Mail Only)
Additional merchandise insurance is void if customer requests waiver of signature. I wish delivery to be made without obtaining signature of addressee or addressee's agent (if delivery employee judges that article can be left in secure location) and I authorize that delivery employee's signature constitutes valid proof of delivery.

Mailer Signature

TO: (PLEASE PRINT) PHONE ( )
Clerk
United States District Court
1100 Commerce St. Room 1452
Dallas, TX

ZIP + 4 (U.S. ADDRESSES ONLY. DO NOT USE FOR FOREIGN POSTAL CODES.)
75242 +

FOR INTERNATIONAL DESTINATIONS, WRITE COUNTRY NAME BELOW.



FOR PICKUP OR TRACKING
Visit www.usps.com
Call 1-800-222-1811

EMS

U.S. POSTAGE PAID
GARDEN GROVE, CA
92842
APR 19, 11
AMOUNT
$18.30
00016434-07

When used internationally affix customs declarations (PS Form 2976, or 2976A).



USPS packaging products have been awarded Cradle to Cradle Certification[SM] for their ecologically-intelligent design.
For more information go to mbdc.com/usps
Cradle to Cradle Certified[CM] is a certification mark of MBDC.

Please recycle.

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Express Mail® shipments.
© U.S. Postal Service; Oct. 2008; All rights reserved.