IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **BARBARA ALTEMEIER,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| v. | § | Civil Action No. 3:10-CV-2646-N-BK |
| | § | |
| **DALLAS COUNTY, TEXAS, et al.** | § | |
| | § | |
| | § | |
| **Defendant.** | § | |

## JUDGMENT

This action came on for consideration by the court, and the issues having been duly considered and a decision duly rendered,

It is ORDERED, ADJUDGED, AND DECREED that Plaintiff's case be DISMISSED with PREJUDICE..

IT IS FURTHER ORDERED that the Clerk shall transmit a true copy of this judgment and the order accepting the Findings, Conclusions and Recommendation of the United States Magistrate Judge, to counsel for the parties.

SIGNED May 20, 2011.

_____
DAVID C. GODBEY
UNITED STATES DISTRICT JUDGE