IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| BARBARA JEANNE ALTEMEIER, | § | |
| | § | |
| PLAINTIFF, | § | |
| | § | |
| v. | § | No. 3:10-CV-02646-N (BK) |
| | § | |
| DALLAS COUNTY, TEXAS (1); et al., | § | |
| | § | |
| DEFENDANTS. | § | |

### NOTICE OF APPEAL

NOW COMES Barbara Jeanne Altemeier, to file this Plaintiff's Notice of Appeal and would show the Court the following, to wit:

Notice is hereby given that Barbara Jeanne Altemeier, Plaintiff, hereby appeals to the United States Court of Appeals for the 5th Circuit from a Final Order of this Court entered in the above proceeding on the 12th, day of July, 2011.

Respectfully submitted: 8/02/2011

Barbara Jeanne Altemeier, Pro Se
13861 Yockey Street
Garden Grove, California 92844
(714) 379-9557

1